|   |   |
|---|---|
|   | The Honorable Tana Lin |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | NO. 2:25-cv-02574-TL |
| PLAINTIFFS, | DECLARATION OF SERVICE |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL HIGHWAY ADMINISTRATION; AND SEAN MCMASTER, in his official capacity as administrator of the Federal Highway Administration, | |
| DEFENDANTS. | |

I, Rachel Medlyn, declare that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and competent to be a witness herein.

On December 17, 2025, I served copies of the following documents:

1. Complaint (with Exhibit1 1-5);

2. Civil Cover Sheet;

3. Notice of Related Cases;

4. Executed Summonses to Defendants U.S. Department of Transportation, Sean Duffy,

in his official capacity as Secretary of Transportation, Federal Highway

DECLARATION OF SERVICE
NO. 2:25-CV-02574-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Administration, and Sean McMaster, in his official capacity as Administrator of the Federal Highway Administration; and

5. Notices of Appearance for Caitlin Soden (local counsel for PHV) and Leah Brown;

via hand delivery at approximately 3:41 p.m. upon:

United States Attorney's Office

Western District of Washington

700 Stewart Street, Suite 5220

Seattle, WA 98101-1271

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 2nd day of January, 2026.

_____
Rachel Medlyn, Paralegal

DECLARATION OF SERVICE
NO. 2:25-CV-02574-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744