The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | NO. 2:25-cv-02574-TL |
| PLAINTIFFS, | DECLARATION OF SERVICE |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL HIGHWAY ADMINISTRATION; AND SEAN MCMASTER, in his official capacity as administrator of the Federal Highway Administration, | |
| DEFENDANTS. | |

I, Rachel Medlyn, declare that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and competent to be a witness herein.

On December 17, 2025, I served copies of the following documents:

1. Complaint (with Exhibit1 1-5);

2. Civil Cover Sheet;

3. Notice of Related Cases;

4. Executed Summonses to Defendants U.S. Department of Transportation, Sean Duffy,

    in his official capacity as Secretary of Transportation, Federal Highway

DECLARATION OF SERVICE
NO. 2:25-cv-02574-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Administration, and Sean McMaster, in his official capacity as Administrator of the Federal Highway Administration; and

5.  Notices of Appearance for Caitlin Soden (local counsel for PHV) and Leah Brown;

by Certified Mail upon:

| | |
|---|---|
| U.S. Department of Transportation<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 | Federal Highway Administration<br>1200 New Jersey Ave., SE<br>Washington, DC 20590-9898 |
| Sean Duffy, in his official capacity as Secretary of US Department of Transportation<br>US Department of Transportation<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 | Sean McMaster, in his official capacity as Administrator of Federal Highway Administration<br>Federal Highway Administration<br>1200 New Jersey Ave., SE<br>Washington, DC 20590-9898 |
| United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington DC 20530 | United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 |
| Civil – Process Clerk<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 | |

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 2nd day of January, 2026.

_____
Rachel Medlyn, Paralegal

DECLARATION OF SERVICE
NO. 2:25-cv-02574-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744