**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et. al.,*<br><br>                    *Plaintiffs,*<br><br>              v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.,*<br><br>                    *Defendants.* | Case No. 25-cv-2574 |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter.  Please note the following contact information for Mr. Schopf:

Joshua N. Schopf
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

Dated: December 5, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 514-6304
Email: Joshua.n.schopf@usdoj.gov

*Counsel for Defendants*