AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-2574 |
| U.S. Department of Transportation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Wisconsin.

Date: 01/13/2026

s/Frances Reynolds Colbert
*Attorney's signature*

Frances Reynolds Colbert #1050435
*Printed name and bar number*

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
*Address*

frances.colbert@wisdoj.gov
*E-mail address*

(608) 266-9226
*Telephone number*

(608) 294-2907
*FAX number*