**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 13, 2026

**STATE OF CALIFORNIA ET AL V. UNITED STATES DEPARTMENT OF TRANSPORTATION ET AL**
Case # 2:25–cv–02574–TL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Pro Hac Vice Admission**
> It will be necessary for attorney(s) Frances Colbert to apply for Pro Hac Vice admission in this case. You may review the information regarding admission and find the relevant documentation here. Questions about this process should be directed to the Attorney Admissions Clerk at 206–370–8400 or WAWD_Admissions@wawd.uscourts.gov.

> **Additional Notes:** Frances Colbert will be removed from the docket.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file