The Honorable Tana Lin

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>*Plaintiffs,*<br>v.<br>U.S. DEPARTMENT OF TRANSPORTATION, et al.,<br>*Defendants.* | Case No. 2:25-cv-2574-TL<br><br>STIPULATION TO CONSOLIDATE CASES Nos. 2:25-cv-2574 and 2:25-cv-2578<br><br>Noted for consideration: February 9, 2026 |

WHEREAS this action was filed by Plaintiffs on December 16, 2025 (with a service date of December 17, 2025) under, *inter alia*, the Constitution, the 2021 Infrastructure Investment and Jobs Act ("IIJA"), the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 553, 701–706, and other applicable laws of the United States, in connection with the alleged indefinite freezing, suspension, and refusal to obligate appropriated funds of the Charging and Fueling Infrastructure ("CFI") and Electric Vehicle Charger Reliability and Accessibility Accelerator ("Accelerator")

U.S. Department of Justice,
Civil Division, Federal
Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

Programs in the IIJA;

WHEREAS *Climate Solutions et al. v. DOT*, No. 2:25-cv-2578 (W.D.WA), was filed by plaintiffs Climate Solutions, Sierra Club, and the Natural Resources Defense Council on December 16, 2025 (with a service date of December 29, 2025) under, *inter alia*, the United States Constitution and the APA, 5 U.S.C. § 551 et seq., and federal common law, in connection with the alleged freezing of appropriated funds under the CFI Program in the IIJA;

WHEREAS both cases turn on the same or similar factual and legal issues and are both before this Court;

WHEREAS under LCR 42(b) of the Local Rules of the United States District Court for the Western District of Washington ("LCR"), all parties have met and conferred and agreed that consolidation is appropriate;

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

*Climate Solutions, et. al. v. DOT*, No. 2:25-cv-2578 (W.D.WA) is consolidated with *State of California, et. al. v. DOT*, No. 2:25-cv-2574 (W.D.WA).

All papers filed subsequently in this consolidated action shall be filed solely in *State of California, et. al. v. DOT*, No. 2:25-cv-2574. Defendants shall file their responses to the complaints in both actions by March 2, 2026. The respective sets of Plaintiffs from both actions shall retain, for any motion filed in this consolidated matter, the respective word count limitations pursuant to LCR 7 that would be available had these actions not been consolidated.

The initial scheduling deadlines set forth in the Court's orders in each case, dated February 2, 2026, remain in effect and are not impacted by this Stipulation.

U.S. Department of Justice,
Civil Division, Federal
Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

SO STIPULATED:

Dated this 9th day of February 2026.

STIPULATION FOR ORDER TO
CONSOLIDATE CASES
[CASE NO. 2:25-cv-2574-TL]                        - 3 -

U.S. Department of Justice,
Civil Division, Federal
Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

**ROB BONTA**
Attorney General for the State of California

By: /s/ *Theodore A. McCombs*
THEODORE A. MCCOMBS, Cal. SBN 316243
Deputy Attorney General
ROBERT SWANSON, Cal. SBN 295159
Supervising Deputy Attorney General
ELIZABETH JONES, Cal. SBN 326118
CHRISTOPHER LEN, Cal. SBN 250752
Deputy Attorneys General
(619) 738-9003
theodore.mccombs@doj.ca.gov
robert.swanson@doj.ca.gov
elizabeth.jones@doj.ca.gov
christopher.len@doj.ca.gov

*Attorneys for the State of California*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: *s/ Sarah H. Weiss*
CARRIE NOTEBOOM, CBA #52910
Assistant Deputy Attorney General
SARAH H. WEISS, CBA #61914
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
carrie.noteboom@coag.gov
sarah.weiss@coag.gov

*Attorneys for the State of Colorado*

STIPULATION FOR ORDER TO CONSOLIDATE CASES
[CASE NO. 2:25-cv-2574-TL]

- 4 -

U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: *s/ Caitlin M. Soden*
CAITLIN M. SODEN, WSBA #55457
LEAH A. BROWN, WSBA #45803
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov

*Attorneys for the State of Washington*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Lauren Watford*
LAUREN WATFORD, SBA #037346
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Lauren.Watford@azag.gov

*Attorneys for the State of Arizona*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
IAN R. LISTON, DSBA #5507
Director of Impact Litigation
RALPH K. DURSTEIN III, DSBA #0912
VANESSA L. KASSAB, DSBA #5612
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

By: */s/ Lauren Cullum*
LAUREN CULLUM
Special Assistant Attorney General
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
lauren.cullum@dc.gov

*Attorneys for the District of Columbia*

**KWAME RAOUL**
Attorney General of the State of Illinois

By: */s/ Katharine Roller*
KATHARINE ROLLER
Complex Litigation Counsel
R. HENRY WEAVER
Assistant Attorney General
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 519-1842
katharine.roller@ilag.gov

*Attorneys for the State of Illinois*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN, MSBA #1612130206
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Vanessa A. Arslanian*
VANESSA A. ARSLANIAN
State Trial Counsel
JULIA JONAS-DAY
Assistant Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
julia.jonas-day@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of the State of Michigan

By: */s/ Daniel Ping*
DANIEL PING
NEIL GIOVANATTI
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov

*Attorneys for the State of Michigan*

**JENNIFER DAVENPORT**
Acting Attorney General of the State of New Jersey

By: */s/Nell Hryshko*
Nell Hryshko
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
(609) 376-2740
nell.hryshko@law.njoag.gov

*Attorneys for the State of New Jersey*

**LETITIA JAMES**
Attorney General of the State of New York

By: */s/ Kyle Burns*
KYLE BURNS, NY Atty. Reg. #5589940
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8451
Kyle.Burns@ag.ny.gov

*Attorneys for the State of New York*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: */s/ Patrick Rowe*
PATRICK ROWE, OSB #072122
Senior Assistant Attorney General
100 SW Market Street
Portland, Oregon 97201
(971) 600-8959
Patrick.G.Rowe@doj.oregon.gov

*Attorneys for the State of Oregon*

**JENNIFER C. SELBER**
General Counsel

By: /s/ *Jacob B. Boyer*
JACOB B. BOYER
Deputy General Counsel
Office of General Counsel
30 North Street, Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov

*Attorneys for Governor Josh Shapiro of Pennsylvania*

**PETER F. NERONHA**
Attorney General of the State of Rhode Island

/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ, RIBA # 9501
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of the State of Vermont

By: */s/ Jonathan T. Rose*
JONATHAN T. ROSE
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Attorneys for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

s/ Frances Reynolds Colbert
FRANCES REYNOLDS COLBERT, Wis. State Bar #1050435
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*

STIPULATION FOR ORDER TO CONSOLIDATE CASES
[CASE NO. 2:25-cv-2574-TL]

- 4 -

U.S. Department of Justice, Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

*s/ Jan E. Hasselman*
*s/ Marvin Brown IV*

JAN E. HASSELMAN, WSBA #29017
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 343-7340
jhasselman@earthjustice.org

MARVIN C. BROWN IV*
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
Tel: (202) 794-5355
mcbrown@earthjustice.org

*Counsel for Plaintiffs Climate Solutions and Sierra Club*

*s/ Jennifer A. Sorenson*

JENNIFER A. SORENSON, WSBA #60084
P.O. Box 31936
Seattle, WA 98103
Tel: (415) 361-9495
jen.sorenson@gmail.com

*Counsel for Plaintiff Natural Resources Defense Council*

*s/ Joshua Stebbins*
*s/ Zachary Fabish*
*s/ Joya Manjur*

JOSHUA STEBBINS*
ZACHARY M. FABISH*
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 417-717
Tel: (650) 388-8446
josh.stebbins@sierraclub.org
zachary.fabish@sierraclub.org

STIPULATION FOR ORDER TO CONSOLIDATE CASES
[CASE NO. 2:25-cv-2574-TL]

- 1 -

U.S. Department of Justice,
Civil Division, Federal
Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

JOYA MANJUR*
Sierra Club
2101 Webster St. #1300
Oakland, CA 94612
joya.manjur@sierraclub.org
Tel: (510) 221-6342

*Counsel for Plaintiff Sierra Club*

*s/ Shampa Panda-Bryant*
*s/ Thomas Zimpleman*

SHAMPA PANDA-BRYANT*
THOMAS ZIMPLEMAN*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel: (202) 836-9333
Tel: (202) 289-6868
spanda-bryant@nrdc.org
tzimpleman@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

*Admitted Pro Hac Vice

STIPULATION FOR ORDER TO CONSOLIDATE CASES
[CASE NO. 2:25-cv-2574-TL]

- 2 -

U.S. Department of Justice,
Civil Division, Federal
Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

**ORDER**

IT IS SO ORDERED.

Dated this ______ day of February 2026.

_____________________________
THE HONORABLE JUDGE TANA LIN
United States District Judge

STIPULATION FOR ORDER TO CONSOLIDATE CASES
[CASE NO. 2:25-cv-2574-TL]

- 2 -

U.S. Department of Justice,
Civil Division, Federal
Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304