UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF CALIFORNIA et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF
TRANSPORTATION et al.,

Defendants.

CASE NO. 2:25-cv-02574-TL

ORDER ON CONSOLIDATION

Based upon the Stipulation to Consolidate Cases (Dkt. No. 47), the Court hereby ORDERS:

(1) *Climate Solutions et al. v. U.S. Department of Transportation*, No. C25-2578 (W.D. Wash.) IS CONSOLIDATED with *California et al. v. U.S. Department of Transportation*, No. C25-2574 (W.D. Wash.).

(2) All papers filed subsequently in this consolidated action SHALL be filed solely in *California et al. v. U.S. Department of Transportation*, No. C25-2574.

(3) Defendants SHALL file their responses to the complaints in both actions to the C25-2574 docket **no later than March 2, 2026.** The respective sets of Plaintiffs

ORDER ON CONSOLIDATION – 1

from both actions SHALL retain, for any motion filed in this consolidated matter, the respective word-count limitations pursuant to Local Civil Rule 7 that would be applicable had these actions not been consolidated.

(4)     The initial scheduling deadlines set forth in the Court's orders in each case, dated February 2, 2026, remain in effect and are not impacted by this Stipulation.

(5)     The Clerk is DIRECTED to file a copy of this Order in *Climate Solutions et al. v. U.S. Department of Transportation*, No. C25-2578, and to administratively close that case.

Dated this 11th day of February, 2026.

Tana Lin
United States District Judge

ORDER ON CONSOLIDATION – 2