The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>        *Plaintiffs,*<br><br>  v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, et al.,<br><br>        *Defendants.* | Case No. 2:25-cv-02574-TL<br><br>**STIPULATED NOTICE TO EXTEND DEADLINES** |

Pursuant to Judge Lin's Standing Order for All Civil Cases, Section III.A, the parties submit this stipulated notice to set deadlines related to production of an Administrative Record, for parties to meet and confer regarding further motion scheduling, and to extend discovery-related deadlines.

The parties have conferred and have agreed that Plaintiffs' Administrative Procedure Act claims present questions of law that may be resolvable through cross-motions for partial summary judgment based on the administrative record. Accordingly, in the interest of efficiency,

STIPULATED NOTICE TO
EXTEND DEADLINES
CASE NO: 2:25-cv-02574-TL

- 1 -

uniform deadlines, and conserving the time and resources of counsel and the Court, the parties respectfully stipulate to extend the deadlines to meet and confer under Fed. R. Civ. P. 26(f), to file initial disclosures under Fed. R. Civ. P. 26(a)(1), and to file a combined joint status report and discovery plan under Fed. R. Civ. P. 26(f) until after the Court has resolved motions for partial summary judgment on Administrative Procedure Act claims. Accordingly, pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadlines:

1. Defendants shall produce and file the Administrative Record by March 10, 2026.
2. The parties shall meet and confer regarding further motion scheduling, including motions to resolve disputes related to the Administrative Record and for partial summary judgment on Administrative Procedure Act claims by March 24, 2026.
3. If there are any remaining unresolved disputes related to the Administrative Record, Plaintiffs shall file motions to supplement the Administrative Record by April 7, 2026.
4. Defendants shall be relieved of any obligation to serve and file any answer to Plaintiffs' operative complaints until after the Court has ruled on the parties' cross-motions for partial summary judgment on Administrative Procedure Act claims. Within 30 days of the Court's ruling, the parties shall propose deadlines for Defendants to file an answer to the remaining claims in Plaintiffs' operative complaints, Fed. R. Civ. P. 26(f) conference, initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and joint status report and discovery plan pursuant to Fed. R. Civ. P. 26(f).

The Parties request that the Clerk reset the deadlines as noticed. The parties preserve all arguments and defenses; no party waives any argument or defense by entering into and filing this stipulated notice, except as expressly stated above.

STIPULATED NOTICE TO
EXTEND DEADLINES
CASE NO: 2:25-CV-02574-TL

DATED this 26th of February, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

| | | |
|---|---|---|
| 1 | **ROB BONTA** <br> Attorney General for the State of California | **NICHOLAS W. BROWN** <br> Attorney General for the State of Washington |
| 2 | | |
| 3 | By: /s/ *Elizabeth Jones* <br> THEODORE A. MCCOMBS, Cal. SBN 316243 | By: *s/ Caitlin M. Soden* <br> CAITLIN M. SODEN, WSBA #55457 |
| 4 | Deputy Attorney General <br> ROBERT SWANSON, Cal. SBN 295159 | LEAH A. BROWN, WSBA #45803 <br> Assistant Attorneys General |
| 5 | Supervising Deputy Attorney General <br> ELIZABETH JONES, Cal. SBN 326118 | 800 Fifth Avenue, Suite 2000 <br> Seattle, Washington 98104 |
| 6 | CHRISTOPHER LEN, Cal. SBN 250752 <br> Deputy Attorneys General | (206) 464-7744 <br> caitlin.soden@atg.wa.gov |
| 7 | (619) 738-9003 | leah.brown@atg.wa.gov |
| 8 | theodore.mccombs@doj.ca.gov <br> robert.swanson@doj.ca.gov | *Attorneys for the State of Washington* |
| 9 | elizabeth.jones@doj.ca.gov <br> christopher.len@doj.ca.gov | |
| 10 | *Attorneys for the State of California* | |
| 11 | | |
| 12 | **PHILIP J. WEISER** <br> Attorney General for the State of Colorado | **KRISTIN K. MAYES** <br> Attorney General for the State of Arizona |
| 13 | By: *s/ Sarah H. Weiss* | By: */s/ Lauren Watford* |
| 14 | CARRIE NOTEBOOM, CBA #52910 <br> Assistant Deputy Attorney General | LAUREN WATFORD, SBA #037346 <br> Assistant Attorney General |
| 15 | SARAH H. WEISS, CBA #61914 <br> Senior Assistant Attorney General | Arizona Attorney General's Office <br> 2005 North Central Avenue |
| 16 | Colorado Department of Law <br> 1300 Broadway, #10 | Phoenix, Arizona 85004 <br> (602) 542-3333 |
| 17 | Denver, CO 80203 <br> (720) 508-6000 | Lauren.Watford@azag.gov |
| 18 | carrie.noteboom@coag.gov <br> sarah.weiss@coag.gov | *Attorneys for the State of Arizona* |
| 19 | *Attorneys for the State of Colorado* | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | STIPULATED NOTICE TO EXTEND DEADLINES <br> CASE NO: 2:25-cv-02574-TL | |

| | |
|---|---|
| **KATHLEEN JENNINGS**<br>Attorney General of the State of Delaware<br><br>By: */s/ Vanessa L. Kassab*<br>IAN R. LISTON, DSBA #5507<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III, DSBA #0912<br>VANESSA L. KASSAB, DSBA #5612<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>*Attorneys for the State of Delaware* | **KWAME RAOUL**<br>Attorney General of the State of Illinois<br><br>By: */s/ Katharine Roller*<br>KATHARINE ROLLER<br>Complex Litigation Counsel<br>R. HENRY WEAVER<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 LaSalle Street<br>Chicago, IL 60603<br>(773) 519-1842<br>katharine.roller@ilag.gov<br><br>*Attorneys for the State of Illinois* |
| **BRIAN L. SCHWALB**<br>Attorney General of the District of Columbia<br><br>By: */s/ Lauren Cullum*<br>LAUREN CULLUM<br>Special Assistant Attorney General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001<br>lauren.cullum@dc.gov<br><br>*Attorneys for the District of Columbia* | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: */s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN, MSBA #1612130206<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br><br>*Attorneys for the State of Maryland* |

STIPULATED NOTICE TO EXTEND DEADLINES
CASE NO: 2:25-cv-02574-TL

| | | |
|---|---|---|
|1| | |
|2|**ANDREA JOY CAMPBELL**<br>Attorney General for the Commonwealth of Massachusetts|**JENNIFER DAVENPORT**<br>Acting Attorney General of the State of New Jersey|
|3| | |
|4|By: */s/ Vanessa A. Arslanian*<br>VANESSA A. ARSLANIAN|By: */s/Nell Hryshko*<br>Nell Hryshko|
|5|State Trial Counsel<br>JULIA JONAS-DAY|Deputy Attorney General<br>Division of Law|
|6|Assistant Attorney General<br>1 Ashburton Pl.|25 Market St., P.O. Box 093<br>Trenton, NJ 08625|
|7|Boston, MA 02108<br>(617) 963-2107|(609) 376-2740<br>nell.hryshko@law.njoag.gov|
|8|vanessa.arslanian@mass.gov<br>julia.jonas-day@mass.gov|*Attorneys for the State of New Jersey*|
|9|*Attorneys for the Commonwealth of Massachusetts*| |
|10| |**LETITIA JAMES**<br>Attorney General of the State of New York|
|11|**DANA NESSEL**|By: */s/ Kyle Burns*|
|12|Attorney General of the State of Michigan|KYLE BURNS, NY Atty. Reg. #5589940<br>Environmental Protection Bureau|
|13|By: */s/ Daniel Ping*<br>DANIEL PING|28 Liberty Street<br>New York, NY 10005|
|14|NEIL GIOVANATTI<br>Assistant Attorneys General|(212) 416-8451<br>Kyle.Burns@ag.ny.gov|
|15|Michigan Department of Attorney General<br>525 W. Ottawa|*Attorneys for the State of New York*|
|16|Lansing, MI 48909<br>(517) 335-7603|**DAN RAYFIELD**|
|17|PingD@michigan.gov<br>GiovanattiN@michigan.gov|Attorney General of the State of Oregon|
|18|*Attorneys for the State of Michigan*|By: */s/ Patrick Rowe*<br>PATRICK ROWE, OSB #072122|
|19| |Senior Assistant Attorney General<br>100 SW Market Street|
|20| |Portland, Oregon 97201<br>(971) 600-8959|
|21| |Patrick.G.Rowe@doj.oregon.gov|
|22| |*Attorneys for the State of Oregon*|
|23| | |
|24|STIPULATED NOTICE TO EXTEND DEADLINES<br>CASE NO: 2:25-cv-02574-TL| |

| | |
|---|---|
| **JENNIFER C. SELBER**<br>General Counsel<br><br>By: /s/ *Jacob B. Boyer*<br>JACOB B. BOYER<br>Deputy General Counsel<br>Office of General Counsel<br>30 North Street, Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br><br>*Attorneys for Governor Josh Shapiro of Pennsylvania* | **CHARITY R. CLARK**<br>Attorney General of the State of Vermont<br><br>By: */s/ Jonathan T. Rose*<br>JONATHAN T. ROSE<br>Solicitor General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov<br><br>*Attorneys for the State of Vermont* |
| **PETER F. NERONHA**<br>Attorney General of the State of Rhode Island<br><br>/s/ *Nicholas M. Vaz*<br>NICHOLAS M. VAZ, RIBA # 9501<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for State of Rhode Island* | **JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>s/ Frances Reynolds Colbert<br>FRANCES REYNOLDS COLBERT, Wis. State Bar #1050435<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-9226<br>frances.colbert@wisdoj.gov<br><br>*Attorneys for the State of Wisconsin* |

STIPULATED NOTICE TO
EXTEND DEADLINES
CASE NO: 2:25-cv-02574-TL

| | |
|---|---|
| *s/ Jan E. Hasselman*<br>*s/ Marvin Brown IV*<br><br>JAN E. HASSELMAN, WSBA #29017<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>Tel: (206) 343-7340<br>jhasselman@earthjustice.org<br><br>MARVIN C. BROWN IV*<br>Earthjustice<br>1001 G St., NW, Ste. 1000<br>Washington, DC 20001<br>Tel: (202) 794-5355<br>mcbrown@earthjustice.org<br><br>*Counsel for Plaintiffs Climate Solutions and Sierra Club*<br><br>*s/ Jennifer A. Sorenson*<br><br>JENNIFER A. SORENSON, WSBA #60084<br>P.O. Box 31936<br>Seattle, WA 98103<br>Tel: (415) 361-9495<br>jen.sorenson@gmail.com<br><br>*Counsel for Plaintiff Natural Resources Defense Council*<br><br><br>*Admitted Pro Hac Vice | *s/ Joshua Stebbins*<br>*s/ Zachary Fabish*<br>*s/ Joya Manjur*<br><br>JOSHUA STEBBINS*<br>ZACHARY M. FABISH*<br>Sierra Club<br>50 F St. NW, 8th Floor<br>Washington, DC 20001<br>Tel: (202) 417-717<br>Tel: (650) 388-8446<br>josh.stebbins@sierraclub.org<br>zachary.fabish@sierraclub.org<br><br>JOYA MANJUR*<br>Sierra Club<br>2101 Webster St. #1300<br>Oakland, CA 94612<br>joya.manjur@sierraclub.org<br>Tel: (510) 221-6342<br><br>*Counsel for Plaintiff Sierra Club*<br><br>*s/ Shampa Panda-Bryant*<br>*s/ Thomas Zimpleman*<br><br>SHAMPA PANDA-BRYANT*<br>THOMAS ZIMPLEMAN*<br>Natural Resources Defense Council<br>1152 15th Street NW, Suite 300<br>Washington, D.C. 20005<br>Tel: (202) 836-9333<br>Tel: (202) 289-6868<br>spanda-bryant@nrdc.org<br>tzimpleman@nrdc.org<br><br>*Counsel for Plaintiff Natural Resources Defense Council* |

STIPULATED NOTICE TO
EXTEND DEADLINES
CASE NO: 2:25-cv-02574-TL