The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF CALIFORNIA, et al.,

PLAINTIFFS,

v.

U.S. DEPARTMENT OF
TRANSPORTATION, et al.

DEFENDANTS.

NO.  2:25-cv-02574-TL

Consolidated with 2:25-cv-02578-TL

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD

[PROPOSED]

NOTED FOR HEARING: April 21, 2026

This matter came before the Court on the Motion to Complete the Administrative Record by States of California, Colorado, Washington, Arizona, Delaware, Illinois, Maryland, Michigan, New Jersey, New York, Oregon, Rhode Island, Vermont, Wisconsin, the District of Columbia, the Commonwealth of Massachusetts, and Governor Josh Shapiro of Pennsylvania; as well as by Climate Solutions, Sierra Club, and Natural Resources Defense Council (collectively, Plaintiffs). Having considered the Motion, Defendants' response, if any, and the arguments of the parties, if any, the Court, for the reasons stated in the accompanying Motion, hereby ORDERS that:

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
NO. 2:25-cv-02574-TL

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1) Plaintiffs' motion to compel completion of the administrative record is GRANTED.

2) The Court further ORDERS Defendants to complete the record with all documents and materials directly or indirectly considered by the Defendant decision-makers, or implementing the decision(s), including:

   a) Documents dated January 20, 2025, or later providing any direction to review, pause, hold, freeze, suspend, postpone, or reject (1) obligations of grant funds; (2) contracting processes with awardees, including execution of award agreements or amendments; or (3) release of new funding opportunities, under the Charging and Fueling Infrastructure (CFI) and Discretionary Grant and Electric Vehicle Charger Reliability and Accessibility Accelerator (Accelerator) programs. These documents include:

      1. Executive Order 14154, Unleashing American Energy;

      2. White House Office of Management & Budget (OMB) Memorandum M-25-11;

      3. U.S. Department of Transportation (USDOT) Office of the Assistant Secretary of Transportation Policy (OST-P)'s January 29, 2025; memorandum "Implementation of Executive Orders Addressing Energy, Climate Change, Diversity, and Gender";

      4. OST-P memorandum issued on or about March 11, 2025, setting out guidance on competitive award selections made after January 20, 2021, that do not have fully obligated grant agreements or cooperative agreements in place;

      5. Any other instructions, directives, memoranda, or guidance from the White House, OMB, USDOT, OST-P, or Federal Highway Administration (FHWA)'s headquarters that suspend CFI and Accelerator programs, as described in paragraph 2)a), or communications thereof, including those that address:

         i. Implementation of Executive Order 14154, OMB M-25-11, DOT Order 2100.7, OST-P's January 29, 2025 memorandum "Implementation of

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
NO. 2:25-cv-02574-TL

2

Executive Orders Addressing Energy, Climate Change, Diversity, and Gender", and OST-P's memorandum issued on or about March 11, 2025;

    ii.    Review of CFI and Accelerator award selections;

    iii.    Review of the CFI and Accelerator programs;

    iv.    The relationship between the review of the CFI and Accelerator award selections and the "hold" or "pause" of the programs described in FHWA division offices' communications to awardees;

    v.    Decisions, instructions, or directives to USDOT or FHWA staff on how to communicate the status of the CFI and Accelerator programs and grants to applicants and awardees;

6.    Any FHWA communications included in the Complaints that are between FHWA and CFI and Accelerator applicants and awardees implementing or communicating the "hold" or "pause" of CFI and Accelerator awards, agreements or amendments, obligation requests, and funding opportunities;

b)  Documents implementing the review process described in the Lefevre Declaration. These documents include:

1.    Documents establishing the committee of USDOT employees that "met regularly" to review grant selections and establishing the committee's membership;

2.    Documents establishing the scope of the committee's review and its criteria for judging "consistency with governing statutes" and "overall consistency with the Administration's policy priorities";

3.    Documents directives and guidance concerning the "identif[ication]" and "remov[al]" of "extraneous grant requirements" from agreements;

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
NO. 2:25-cv-02574-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

4. Minutes recording the committee's decisions;

5. Any lists or tables generated by the committee of the grants or grant requests subject to committee review;

6. Documents identifying when and how the committee was concluded;

7. Documents identifying who or what body is continuing the review process, and the directives or guidance by which this body is continuing its work.

3) If Defendants exclude any of the above documents from the record on an assertion of any privilege or work product protection, they shall provide a privilege log that identifies each document for which a privilege or work product protection is claimed, its author, its recipients, date of preparation, and the specific privilege or work product protection claimed.

4) Defendants shall comply with the foregoing requirements within 30 days of the date of this order.

DATED this _____ day of _____ 2026.

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
NO. 2:25-cv-02574-TL

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Presented by:

**ROB BONTA**
Attorney General for the State of California

By: /s/ *Theodore A. McCombs*
THEODORE A. MCCOMBS, Cal. SBN 316243*
Deputy Attorney General
ROBERT SWANSON, Cal. SBN 295159
Supervising Deputy Attorney General
ELIZABETH JONES, Cal. SBN 326118
Deputy Attorneys General
(619) 738-9003
theodore.mccombs@doj.ca.gov
robert.swanson@doj.ca.gov
elizabeth.jones@doj.ca.gov

*Attorneys for the State of California*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: *s/ Sarah H. Weiss*
CARRIE NOTEBOOM, CBA #52910*
Assistant Deputy Attorney General
SARAH H. WEISS, CBA #61914*
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
carrie.noteboom@coag.gov
sarah.weiss@coag.gov

*Attorneys for the State of Colorado*

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: *s/ Caitlin M. Soden*
CAITLIN M. SODEN, WSBA #55457
LEAH A. BROWN, WSBA #45803
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov

*Attorneys for the State of Washington*

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
NO. 2:25-cv-02574-TL

5

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Lauren Watford*
LAUREN WATFORD, SBA #037346*
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Lauren.Watford@azag.gov

*Attorneys for the State of Arizona*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
IAN R. LISTON, DSBA #5507*
Director of Impact Litigation
RALPH K. DURSTEIN III, DSBA #0912*
VANESSA L. KASSAB, DSBA #5612*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

By: */s/ Lauren Cullum*
LAUREN CULLUM*
Special Assistant Attorney General
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
lauren.cullum@dc.gov

*Attorneys for the District of Columbia*

**KWAME RAOUL**
Attorney General of the State of Illinois

By: */s/ Katharine Roller*
KATHARINE ROLLER*
Complex Litigation Counsel
R. HENRY WEAVER*
Assistant Attorney General
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 519-1842
katharine.roller@ilag.gov

*Attorneys for the State of Illinois*

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
NO. 2:25-cv-02574-TL

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN, MSBA
#1612130206*
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Vanessa A. Arslanian*
VANESSA A. ARSLANIAN**
State Trial Counsel
JULIA JONAS-DAY*
Assistant Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
julia.jonas-day@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of the State of Michigan

By: */s/ Daniel Ping*
DANIEL PING*
NEIL GIOVANATTI*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov

*Attorneys for the State of Michigan*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/Nell Hryshko*
NELL HRYSHKO*
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
Telephone: (609) 376-2740
nell.hryshko@law.njoag.gov

*Attorneys for the State of New Jersey*

**LETITIA JAMES**
Attorney General of the State of New York

By: */s/ Kyle Burns*
KYLE BURNS, NY Atty. Reg. #5589940*
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8451
Kyle.Burns@ag.ny.gov

*Attorneys for the State of New York*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: */s/ Patrick Rowe*
PATRICK ROWE, OSB #072122*
Senior Assistant Attorney General
100 SW Market Street
Portland, Oregon 97201
(971) 600-8959
Patrick.G.Rowe@doj.oregon.gov

*Attorneys for the State of Oregon*

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
NO. 2:25-cv-02574-TL

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

**JENNIFER C. SELBER**
General Counsel

By: /s/ *Jacob B. Boyer*
JACOB B. BOYER*
Deputy General Counsel
Office of General Counsel
30 North Street, Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov

*Attorneys for Governor Josh Shapiro of Pennsylvania*


**CHARITY R. CLARK**
Attorney General of the State of Vermont


By: */s/ Jonathan T. Rose*
JONATHAN T. ROSE*
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Attorneys for the State of Vermont*


**PETER F. NERONHA**
Attorney General of the State of Rhode Island

/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ, RIBA # 9501*
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for State of Rhode Island*


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

s/ Frances Reynolds Colbert
FRANCES REYNOLDS COLBERT,
Wis. State Bar #1050435*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
NO. 2:25-cv-02574-TL

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

s/ Jan E. Hasselman
s/ Marvin Brown IV

JAN E. HASSELMAN, WSBA #29017
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 343-7340
jhasselman@earthjustice.org

MARVIN C. BROWN IV*
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
Tel: (202) 794-5355
mcbrown@earthjustice.org

*Counsel for Plaintiffs Climate Solutions and Sierra Club*

s/ Joshua Stebbins
s/ Zachary Fabish
s/ Joya Manjur

JOSHUA STEBBINS*
ZACHARY M. FABISH*
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 417-717
Tel: (650) 388-8446
josh.stebbins@sierraclub.org
zachary.fabish@sierraclub.org

JOYA MANJUR*
Sierra Club
2101 Webster St. #1300
Oakland, CA 94612
joya.manjur@sierraclub.org
Tel: (510) 221-6342

*Counsel for Plaintiff Sierra Club*

* Admitted Pro Hac Vice
** Pro Hac Vice Forthcoming

s/ Jennifer A. Sorenson

JENNIFER A. SORENSON, WSBA #60084
P.O. Box 31936
Seattle, WA 98103
Tel: (415) 361-9495
jen.sorenson@gmail.com

*Counsel for Plaintiff Natural Resources Defense Council*

s/ Shampa Panda-Bryant
s/ Thomas Zimpleman

SHAMPA PANDA-BRYANT*
THOMAS ZIMPLEMAN*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel: (202) 836-9333
Tel: (202) 289-6868
spanda-bryant@nrdc.org
tzimpleman@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

ORDER GRANTING PLAINTIFFS'
JOINT MOTION TO COMPLETE THE
ADMINISTRATIVE RECORD
[PROPOSED]
 NO. 2:25-cv-02574-TL

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744