The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF CALIFORNIA et al., | No. 2:25-cv-02574-TL |
| Plaintiffs, | |
| v. | DECLARATION OF NATALIE COLLINS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD |
| U.S. DEPARTMENT OF TRANSPORTATION et al., | |
| Defendants. | NOTED FOR HEARING:  April 21, 2026 |

I, Natalie Collins, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am a Deputy Attorney General and one of the attorneys representing Plaintiff State of California in the above captioned matter.

2. I submit this declaration in support of Plaintiffs' Motion to Complete the Administrative Record.

3. On or about January 13, 2025, Illinois Environmental Protection Agency (Illinois EPA) was notified that it had been selected to receive a grant award under Round 2 of the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

DECLARATION OF NATALIE COLLINS
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPLETE THE ADMINISTRATIVE
RECORD –
NO.  2:25-cv-02574-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

4. On or about October 2, 2025, the FHWA Illinois Division informed Illinois EPA employees that "[i]n order to proceed with obligating grants our office must receive approval from the Grant Review Task Force in Washington. To date, the task force has not approved any CFI grants to proceed. So, until we receive notice from HQ, this program is on hold."

5. On or about October 2, 2025, the FHWA Illinois division informed Illinois EPA employees that a Grant Review Task Force had been formulated "to review and approve every grant program across the USDOT. This task force reviews that grants and their respective programs and notified each state when they can proceed."

6. A true and correct copy of the email correspondence described in paragraphs 3-5 is hereto attached as **Exhibit 1**.

7. On or about August 1, 2025, the FHWA Maryland Division informed an employee at the Maryland Department of Transportation that its $18,601,737 CFI award remained under administrative review.

8. On or about August 14, 2025, a Maryland Department of Transportation State Highway Administration employee emailed the FHWA Maryland Division to inquire about its award under the Electric Vehicle Charger Reliability and Accessibility Accelerator (EVC-RAA or Accelerator) program.

9. On or about August 14, 2025, the FHWA Maryland Division responded to the Maryland Department of Transportation State Highway Administration employee, stating: "This particular grant program is still under administrative review."

10. A true and correct copy of the email correspondence described in paragraphs 7-9 is hereto attached as **Exhibit 2**.

11. On or about December 3, 2025, a Michigan Department of Transportation (MDOT) employee emailed the FHWA Michigan Division to request guidance pertaining to MDOT's grant agreement deadlines.

DECLARATION OF NATALIE COLLINS
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPLETE THE ADMINISTRATIVE
RECORD –
NO.  2:25-cv-02574-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

12. On or about December 8, 2025, the FHWA Michigan Division responded to the MDOT employee's message and stated that the question had been "elevated . . . to HQ."

13. On or about January 27, 2026, the FHWA Michigan Division sent a message to MDOT employees, stating: "Our acting DA has been in contact with the FHWA Office of Competitive Grants regarding this project over the past couple months, but we haven't received formal direction yet. In the meantime, it has been stressed that the Division Office may not obligate further funds without permission from the Office of the Secretary of Transportation (OST)."

14. A true and correct copy of the email correspondence described in paragraphs 11-13 is hereto attached as **Exhibit 3**.

15. On or about January 10, 2025, the State University of New York (SUNY) System Administration was notified that it had been selected to receive a grant award under the CFI program.

16. On or about March 12, 2025, the FHWA New York Division informed SUNY employees that it was "awaiting guidance from our agency about announced awards from this program and others, but to date we have not heard more or received confirmation of the grant process." It also noted that "at this time, FHWA is not acting on any grant agreements or to develop new agreements, as part of a review of funding since the administration change."

17. On or about November 21, 2025, the FHWA New York Division emailed SUNY employees and stated that it had "not heard anything about the status of this grant selection as yet. The administration continues to review grant selections from earlier this year."

18. On or about September 30, 2025, the FHWA New York Division informed New York State Energy Research and Development Authority employees that "we do not have any approvals for new obligations under CFI or EVC-RAA."

19. A true and correct copy of the email correspondence described in paragraphs 15-18 is hereto attached as **Exhibit 4.**

DECLARATION OF NATALIE COLLINS
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPLETE THE ADMINISTRATIVE
RECORD –
NO.  2:25-cv-02574-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

20.     On or about February 28, 2025, the FHWA Vermont Division informed Burlington Electric Department employees that "OMB Memo M-25-13 directs agencies to, 'temporarily pause all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders.' CFI grant and all discretionary grant operations are currently on pause."

21.     On or about March 6, 2025, a Burlington Electric Department employee responded to the FHWA Vermont Division, stating: "I was aware of OMB Memo M-25-13. I am also aware of OMB Memo M-25-14, which rescinded OMB Memo M-25-13 on January 29, 2025. Therefore, I am confused by your statement that you have not received any new guidance."

22.     On or about March 11, 2025, the FHWA Vermont Division responded to Burlington Electric Department employees, stating that the cancellation of M-25-13 did "not hold precedence over the President's Executive Order *Unleashing American Energy*." The FHWA Vermont Division advised "reading the EO and specifically review[ing] Sec. 2(e)." It also stated: "FHWA leadership is working with the new Administration for further guidance on how to proceed. Until we receive further guidance from the White House our operating status all discretionary grant actions is on pause. I have not received any further guidance. If anything changes, I will contact your FHWA POC."

23.     On or about April 30, 2025, a Burlington Electric Department employee inquired as to the status of FHWA's review of its CFI grant.

24.     On or about May 28, 2025, a Burlington Electric Department employee again inquired as to the status of FHWA's review of its CFI grant.

25.     On or about July 7, 2025, a Burlington Electric Department employee again inquired as to the status of FHWA's review of its CFI grant.

DECLARATION OF NATALIE COLLINS
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPLETE THE ADMINISTRATIVE
RECORD –
NO.  2:25-cv-02574-TL

4

26. On or about July 7, 2025, the FHWA Vermont Division confirmed that it had received the Burlington Electric Department's email and stated there were no updates.

27. Additional requests for update were sent from the Burlington Electric Department to the FHWA Vermont Division on or about September 30, 2025, and October 20, 2025, with no response.

28. A true and correct copy of the email correspondence described in paragraphs 20-27 is hereto attached as **Exhibit 5**.

29. On or about August 29, 2024, the University of Washington Bothell was notified that it had been selected to receive a grant award under Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

30. On or about January 15, 2025, a University of Washington Bothell employee emailed the FHWA Washington Division, attaching the draft agreement.

31. On or about January 15, 2025, the FHWA Washington Division responded to the University of Washington Bothell employee, stating: "Existing can not list this award as the existing award. It would have to be something that was from a prior award. . . . It just can't be the current award for CFI that we are completing for this grant agreement."

32. On or about January 16, 2025, a University of Washington Bothell employee replied that the university had had FHWA awards before, but that she was "not sure about CFI."

33. On January 16, 2025, the FHWA Washington Division replied that it would be "back in touch as soon as I hear something from HQ."

34. The FHWA Washington Division still has not finalized its award agreement with the University of Washington Bothell.

35. A true and correct copy of the email correspondence described in paragraphs 29-34 is attached as **Exhibit 6**.

DECLARATION OF NATALIE COLLINS
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPLETE THE ADMINISTRATIVE
RECORD –
NO.  2:25-cv-02574-TL

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

36. On or about July 16, 2025, an employee of the District of Columbia Department of Energy and Environment (DOEE) requested updates from the FHWA District of Columbia Division regarding its CFI grant.

37. On or about July 18, 2025, the FHWA District of Columbia Division responded that the "grant award remains under administrative review by the Department."

38. On or about December 8, 2025, a DOEE employee requested updates from the FHWA District of Columbia Division regarding its CFI grant.

39. On or about December 8, 2025, the FHWA District of Columbia Division responded that "[t]he CFI Program is still under Administrative Review. No new information is available at the moment."

40. On or about February 6, 2026, the FHWA District of Columba Division informed DOEE employees that its CFI project was "still listed as being under Departmental review."

41. A true and correct copy of the email correspondence described in paragraphs 36-40 is hereto attached as **Exhibit 7**.

42. On or about March 28, 2025, a California Department of Transportation (Caltrans) employee emailed the FHWA California Division to inquire about the status of multiple grants.

43. On or about March 28, 2025, the FHWA California Division responded to the Caltrans employee. With regard to CFI funds, it stated that "[w]e have not received the authorization from FHWA HQ Program Office to proceed forward with these competitive programs, although there are unobligated funds available in [the Financial Management Information System]."

44. A true and correct copy of the email correspondence described in paragraphs 42-43 is hereto attached as **Exhibit 8**.

DECLARATION OF NATALIE COLLINS
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPLETE THE ADMINISTRATIVE
RECORD –
NO.  2:25-cv-02574-TL

6

45.    Plaintiffs' counsel and Defendants' counsel conferred regarding the administrative record on or about March 24, 2026. A true and correct copy of the conferral email is hereto attached as **Exhibit 9**.

46.    During the parties' agreed-upon meet and conferral period, including at the March 24, 2026 conferral, the parties discussed Plaintiffs' request to add the documents identified in Plaintiffs' motion to the administrative record. However, by the conclusion of the period, Defendants had not agreed to add any of the identified documents to the record.

I declare under penalty of perjury under the laws of the United States, to the best of my knowledge, the foregoing is true and correct.

Executed on this 30th day of March, 2026, at San Diego, State of California.

By: /s/ *Natalie Collins*
NATALIE COLLINS, Cal. SBN 338348*
Deputy Attorney General
ROBERT SWANSON, Cal. SBN 295159*
Supervising Deputy Attorney General
THEODORE A. MCCOMBS, Cal. SBN 316243*
ELIZABETH JONES, Cal. SBN 326118*
Deputy Attorneys General
(619) 738-9140
natalie.collins@doj.ca.gov
robert.swanson@doj.ca.gov
theodore.mccombs@doj.ca.gov
elizabeth.jones@doj.ca.gov

*Attorneys for the State of California*

DECLARATION OF NATALIE COLLINS
IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPLETE THE ADMINISTRATIVE
RECORD –
NO.  2:25-cv-02574-TL

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744