# EXHIBIT 1

| From: | CFIAwardees |
| To: | ▮▮▮▮▮▮▮; ▮▮▮▮▮▮; |
| Cc: | ▮▮▮▮▮ (FHWA); ▮▮▮▮; ▮▮▮▮ (FHWA) |
| Subject: | [External] CFI: Notice of Selection for CFI Round 2 Grant Award |
| Date: | Monday, January 13, 2025 7:30:09 AM |

Lead Applicant Name: Illinois Environmental Protection Agency
Application Title:      Equitable Future-Ready Electrification Infrastructure for Green Heavy-duty Transportation (E-FREIGHT) in Illinois
Amount of Award:     $100,000,000.00
CFI Program:          Corridor

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to receive a grant award under Round 2 of the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

The list of 49 selected Round 2 CFI applications is available online at: https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_2/. Please check this page and the project description table to ensure your application information is displayed correctly. Some projects have been selected by USDOT to receive a reduced funding amount that is less than the requested Federal share. In such cases, the project scope will be scaled accordingly in the respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For each selected project, USDOT and the selected applicant organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

The Federal Highway Administration (FHWA) is responsible for establishing and executing the CFI grant agreements with the selected applicants. You can expect to hear from your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC will be an employee of the FHWA Division Office based in your State or the FHWA Office of Tribal Transportation. In the meantime, if you have questions about next steps, please direct them to FHWA using the email CFIAwardees@dot.gov.

**Immediate Next Steps:**

1. **Provide Applicant Point(s) of Contact:** Please reply to this email to confirm receipt and provide your organization's point(s) of contact for FHWA's use in the

<mark>CFI grant award process.</mark>

2. **Participate in Welcome Webinars:** You are invited to attend two Zoom webinars that will cover the process for executing grant agreements. The two webinars will cover different content, so please attend both. The webinars will be recorded for those unable to attend. The intended audience includes the CFI recipients' primary POCs and the FHWA POCs. Please share the below webinar log-in information with appropriate staff from your organization.

   - CFI Round 2 Welcome Webinar One
     - Thursday, January 23, 2025, 1:00 – 2:00 pm Eastern
     - https://usdot.zoomgov.com/j/1605902588?pwd=dZahNggpm4I9G20Oswbln8ZInyOKke.1&from=addon; Meeting ID: 160 590 2588; Passcode: 992862
   - CFI Round 2 Welcome Webinar Two
     - Thursday, February 6,2025, 1:00-2:30 pm Eastern
     - https://usdot.zoomgov.com/j/1603449601?pwd=g2mdalQX9IVsbxq46h9svYdWdF8Ujx.1&from=addon; Meeting ID: 160 344 9601; Passcode: 949545

**Additional Information**

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed during the welcome webinars, and your FHWA POC will coordinate with you to complete the agreement template. Recipients are encouraged to review the grant terms and conditions and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits will be available on the Resources for Past CFI NOFO Resources page on the CFI website. You are also encouraged to review the CFI Round 2 NOFO and Round 2 Question and Answer document, also available via the Resources for Past CFI NOFO Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are considered construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP.  For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

**In closing,** we ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions in advance of the first welcome webinar, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



████████████████████
U.S. DOT | FHWA
Office of Natural Environment
Sustainable Transportation and Resilience Team
█████████████████
███████████████████████████████

| | |
|---|---|
| **From:** | ███████ (FHWA) |
| **To:** | ████████ ; ███████████ ; ███████████ |
| **Cc:** | ████████ ; ███████████ ; ███████████ |
| **Subject:** | [External] RE: IEPA Introduction - another IL CFI awardee |
| **Date:** | Thursday, October 2, 2025 5:58:53 AM |

Hi ███

In order to proceed with obligating grants our office must receive approval from the Grant Review Task Force in Washington.  To date, the task force has not approved any CFI grants to proceed.  So, until we receive notice from HQ,  this program is on hold.

As soon as we get approval , the IL Division will reach out to all awardees to begin initiation of the grant when it has been approved.

███████████

*FHWA ILDIV~Chicago Urban Satellite Office*

███████████████████████

**From:** ███████████████████ @Illinois.gov>
**Sent:** Wednesday, October 1, 2025 10:59 AM
**To:** ████████ (FHWA) █████████l@dot.gov>; ███████████ (FHWA) ███████████ @dot.gov>
**Cc:** ██████████████████████ @Illinois.gov>; ████████████ ████████████ @Illinois.gov>; █████████████████████████ @Illinois.gov>
**Subject:** RE: IEPA Introduction - another IL CFI awardee

> You don't often get email from jack.cruikshank@illinois.gov. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello ███████ and ████████

Here at the Illinois EPA, we would like to know if there are updates on our CFI Round 2 grant, specifically what is needed to initiate obligation of the award.

Thank you,

███████████

███████████

Electric Vehicle Policy Advisor
Illinois Environmental Protection Agency
Chicago, IL | ███████████

**From:** ████████ (FHWA) ████████@dot.gov>
**Sent:** Wednesday, June 25, 2025 9:30 AM
**To:** ████████████████████ @cityofchicago.org>
**Cc:** ████████████████ @cityofchicago.org>; ████████████
████████████ @Illinois.gov>; ████████████████ @Illinois.gov>; ████████████
████████████ @Illinois.gov>
**Subject:** [External] RE: IEPA Introduction - another IL CFI awardee

Hi ████████████
My apologies for my delay in response.  Thank you for the introduction.  I oversee all of the grants in IL, but your main point of contact for this project will be ████████████, who is copied on this email.

If you have any questions or would like to discuss the award, please feel free to reach out to ████████ and he can schedule a call if needed.

Thank you kindly,

████████

Grants & Programs Coordinator
FHWA-Illinois Division~Chicago Urban Satellite Office
200 W. Adams St. Suite 330
Chicago, IL 60606
████████████████████████████

---

**From:** ████████████████████ @cityofchicago.org>
**Sent:** Thursday, June 5, 2025 1:19 PM
**To:** ████████ (FHWA) ████████@dot.gov>
**Cc:** ████████████████ @cityofchicago.org>; ████████████
████████████ @Illinois.gov>; ████████████████ @illinois.gov>; ████████████
████████████ @illinois.gov>
**Subject:** IEPA Introduction - another IL CFI awardee

You don't often get email from samantha.bingham@cityofchicago.org. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ████████

I hope you are doing well.

I want to introduce you to the team at the Illinois EPA (IEPA) who work on transportation electrification. ████████, ████, and ████████ are responsible for the IEPA's Round 2 CFI selected

application.

I'll let you two take it from here—hope it's a fruitful connection!

Best Regards,

██████████████

Clean Transportation Program Director
Chicago Department of Transportation
2 N. LaSalle St., Suite 950
Chicago, IL 60602
████████████

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.


State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**From:** ▮▮▮▮▮▮▮▮ (FHWA)
**To:** ▮▮▮▮▮▮@cityofchicago.org; ▮▮▮▮▮▮; ▮▮▮▮▮▮; ▮▮▮@mayorscaucus.org; ▮▮▮▮▮▮
**Cc:**
**Subject:** [External] IL CFI Awardees
**Date:** Thursday, October 2, 2025 6:16:07 AM

Hi All-

Many of you have been reaching out to our office requesting information about the CFI program and your awards.  This year, the Office of the Secretary (OST) formulated a Grant Review Task Force to review and approve every grant and program across the USDOT.  This task force reviews that grants and their respective programs and notifies each state when they can proceed.  To date, this program has not been approved to move forward.

We appreciate your patience and understand your potential frustration with this new process, please be aware that the **FHWA-IL Division will let you know when your grant has been approved** and will work with you to get it executed and obligated when the time comes.  Until we receive such notification, we have little to no information to share on a potential timeline for their approval of this program.

Again, we appreciate your continued patience while we all work to navigate this new grant process.

Good day,

▮▮▮▮▮▮

Grants & Programs Coordinator
FHWA-Illinois Division~Chicago Urban Satellite Office
200 W. Adams St. Suite 330
Chicago, IL 60606
▮▮▮▮▮▮▮▮▮▮▮▮▮▮