# EXHIBIT 2

| | |
|---|---|
| **From:** | ███ (FHWA) |
| **To:** | |
| **Cc:** | ███ (FHWA) |
| **Subject:** | RE: EVC-RAA Agreement |
| **Date:** | Thursday, August 14, 2025 12:41:20 PM |
| **Attachments:** | image001.png |
| | image002.png |

Good afternoon ███

Thank you for your inquiry.

This particular grant program is still under administrative review. Once we receive further information regarding the status of the program and/or approval to proceed with the selected grants, we will be sure to follow up with you as soon as possible.

For your awareness, some other grant programs that previously did not require a formal grant agreement are now requiring one. We will notify you if this applies to this grant program as well.


Please feel free to contact me if you need any further information.
Thanks,

██████ | Competitive Grants Team Leader & LPA Program Coordinator
FHWA Maryland Division
███

---

**From:** ███ @mdot.maryland.gov>
**Sent:** Thursday, August 14, 2025 10:45 AM
**To:** ███ (FHWA) ███ @dot.gov>
**Cc:** ███ (FHWA) ███ @dot.gov>
**Subject:** FW: EVC-RAA Agreement

 **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

███

I was speaking with our federal aid team today and they told me on the EVC-RAA that there needs to be a formal grant agreement before they can seek authorization of the funds. Previously (see below), the FMIS agreement was to be the agreement and FHWA had provided the attached allocation memo. We were held up originally for authorization waiting for TIP/STIP and then the "freeze" of NEVI funds. Can you confirm what is needed to move this one forward?

Thanks,

███



roads.maryland.gov



*Director*
Office of Program and Alternative Delivery

**Maryland State Highway Administration**
707 North Calvert Street, Baltimore, MD 21202-3601

---

**From:** ███ (FHWA) ███ @dot.gov>
**Sent:** Wednesday, August 14, 2024 3:24 PM
**To:** ███ @mdot.maryland.gov>; ███ @mdot.maryland.gov>
**Subject:** RE: EVC-RAA Agreement

███

I was also told by the program office that the FMIS agreement will be the agreement. So no signature on the document we were working on. This is still a bit of a headscratcher for me so I'm digging for more info on that one.

███

---

**From:** ███ FHWA)
**Sent:** Wednesday, August 14, 2024 3:22 PM
**To:** ███

**Cc:** ▉▉▉▉▉▉▉
**Subject:** RE: EVC-RAA Agreement

Good afternoon Team,

Please find the attached Allocation Memo and accounting codes below for FMIS. The program office is asking me about obligations. They would prefer to get at least the initial phase obligated this FY.

Posted **Allocation** into FMIS

| MD | 2022 | Y131 | $4,360,175.68 |
|----|------|------|---------------|

Kind Regards,

▉▉▉



**Discretionary Grants Program Manager**
Federal Highway Administration (FHWA)
Maryland Division
31 Hopkins Plaza, Suite 1520
Baltimore, MD 21201
▉▉▉▉▉▉▉
Call me on MS Teams

**Programs:**

SS4A Construction
RASIE; MEGA; RURAL; INFRA
BIP; PROTECT; Culvert AOP
NEVI; CFI; LCTM; RTEPF

**We must dare to be great; and we must realize that greatness is the fruit of toil and sacrifice and high courage**... **We need intellect, and there is no reason why we should not have it together with character; but if we must choose between the two we choose character without a moment's hesitation.**

~Teddy Roosevelt~

**From:** ▉▉▉▉▉▉▉▉h@mdot.maryland.gov>
**Sent:** Thursday, August 1, 2024 3:14 PM
**To:** ▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉ @dot.gov>; ▉▉▉▉▉▉▉ @mdot.maryland.gov>
**Cc:** ▉▉▉▉ (FHWA) ▉▉▉▉ @dot.gov>
**Subject:** Re: EVC-RAA Agreement Working Session



**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

▉▉▉

Sounds good, thanks. Enjoy your time off!

**From:** ▉▉▉▉▉ (FHWA) ▉▉▉▉▉ @dot.gov>
**Sent:** Thursday, August 1, 2024 2:43 PM
**To:** ▉▉▉▉▉ @mdot.maryland.gov>; ▉▉▉▉▉▉▉ @mdot.maryland.gov>
**Cc:** ▉▉▉▉ (FHWA) ▉▉▉▉ @dot.gov>
**Subject:** RE: EVC-RAA Agreement Working Session

Thanks So much ▉▉▉▉ Looks pretty good. I will have ▉▉▉ work with ▉▉ in my absence...

**From:** ▉▉▉▉▉ <▉▉ @mdot.maryland.gov>
**Sent:** Thursday, August 1, 2024 1:57 PM
**To:** ▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉ @dot.gov>; ▉▉▉▉▉▉▉ @mdot.maryland.gov>
**Cc:** ▉▉▉▉ (FHWA) ▉▉▉▉ @dot.gov>
**Subject:** Re: EVC-RAA Agreement Working Session



**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

▉▉▉▉▉▉,

Attached is a clean version of our GA draft following Tuesday's call and a few additional edits.

Thanks,

▉▉▉

**From:** ▉▉▉▉▉ (FHWA) ▉▉▉▉▉ @dot.gov>
**Sent:** Tuesday, July 30, 2024 5:59 PM
**To:** ▉▉▉▉▉▉ @mdot.maryland.gov>

**Cc:** ███████████ @mdot.maryland.gov>; ██████ (FHWA) ███████ @dot.gov>
**Subject:** RE: EVC-RAA Agreement Working Session

FYI

-----Original Appointment-----
**From:** ██████████ (FHWA)
**Sent:** Wednesday, July 10, 2024 12:15 PM
**To:** ██████████ (FHWA), ██████████
**Cc:** ██████████████ (FHWA)
**Subject:** EVC-RAA Agreement Working Session
**When:** Tuesday, July 30, 2024 9:00 AM-9:50 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Finalize Agreement
_____

**Microsoft Teams** Need help?

**Join the meeting now**
Meeting ID: 265 163 381 127
Passcode: 66QQqi
_____

**Dial in by phone**
+1 509-931-1572,,678614984# United States, Spokane
Find a local number
Phone conference ID: 678 614 984#

For organizers: Meeting options | Reset dial-in PIN

Image removed by sender.

The United States Department of Transportation
Org help

_____

| | |
|---|---|
| **From:** | (FHWA) |
| **To:** | (SHA) |
| **Cc:** | (FHWA); (FHWA); ; |
| **Subject:** | Re: Inquiry on the status of the MDOT SHA CFI grant. |
| **Date:** | Friday, August 1, 2025 7:44:01 AM |

Good morning, ,
I hope you are doing well.

This is a follow-up on your status request for the following award under the Federal Highway Administration's (FHWA) Charging and Fueling Infrastructure (CFI) Competitive Grant:

**CFI | MDOT SHA | FY25 | CONST | MD-NJ-PA-WV Charging Ahead Partnership | Award Amount: $18,601,737**

This CFI award remains under administrative review.

On January 29, 2025, Secretary Duffy issued Order 2100.7 on "Ensuring Reliance Upon Sound Economic Analysis in Department of Transportation Policies, Programs, and Activities." This Order updates and resets the principles and standards underpinning the U.S. Department of Transportation (DOT) policies, programs, and activities to mandate reliance on rigorous economic analysis and positive cost-benefit calculations, and ensure that all DOT grants, loans, contracts, and DOT-supported or -assisted contracts bolster the American economy and benefit the American people.

DOT is actively working to review all grant awards for consistency with Order 2100.7 and all Executive orders and directives issued by the Trump-Vance Administration, as permitted by law. When the review is complete, FHWA will execute grant agreements with award recipients after all requirements under Title 23, United States Code, have been met, and the project is ready for obligation.

Let me know if you have any further questions.

Thank you.

Division Administrator
FHWA-MD