# EXHIBIT 3

**From:**  (FHWA)
**To:** (MDOT)
**Cc:** (MDOT)
**Subject:** RE: EVC-RAA Update
**Date:** Tuesday, January 27, 2026 12:24:33 PM
**Attachments:** image001.jpg

> **CAUTION: This is an External email. Please report suspicious emails via the "Report to Abuse" button in Outlook**

Hi  ,

Thank you for the project updates, and I've conveyed them to our acting Division Administrator (DA). I wish I had some updates to share from our end.

Our acting DA has been in contact with the FHWA Office of Competitive Grants regarding this project over the past couple months, but we haven't received formal direction yet. In the meantime, it has been stressed that the Division Office may not obligate further funds without permission from the Office of the Secretary of Transportation (OST).

I will let you know as soon as we have more information.

Hope you're staying warm,



**From:** (MDOT) @michigan.gov>
**Sent:** Tuesday, January 20, 2026 11:44 AM
**To:** (FHWA) @dot.gov>
**Cc:** (MDOT) @michigan.gov>
**Subject:** RE: EVC-RAA Update

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello  ,

Hope all is well. Wanted to reach out and share a progress update on the EVC-RAA project.

**Re-Obligation**
We did end up moving the proposal due date from December 19th to January 30th anticipating that we would have the full authorization for the CON funds by the end of this extension. After

withdrawing the CON phase submission at the end of FY25, we were able to resubmit on 1/5/2026 after the STIP amendment was approved. So you should see it pending on your end, but let me know if there is anything else that I need to do on my end so that if the green light is given, we can proceed.

**Advertisement**

Good news! We have received proposals for multiple sites on our list. Although we haven't reviewed them in detail yet, we were encouraged that there was interest shown and expect a few more proposals to come in before the January 30th deadline.

**Next Steps**

Once the deadline hits and all proposals are collected, we will begin our selection process if the funds are authorized by then. We have a selection team picked out and our scoring template created so that everything is in line for a quick turnaround to get the companies under contract as soon as possible. We will not begin the selection process until after the CON funds have been authorized.

Do you have any updates from HQ on your end? We are hoping that we will get the authorization completed by January 30th. We would like to avoid delays and frustrations from companies that have submitted proposals and done the necessary work to be considered for funding under this program.

Thanks,

██████████████

Projects & Contracts Engineer
Transportation Systems Management & Operations
Michigan Department of Transportation
Bureau of Field Services
6333 Lansing Road
Lansing, Michigan  48917

██████████████



---

**From:** ██████████ (FHWA) ██████████@dot.gov>
**Sent:** Monday, December 15, 2025 8:48 AM
**To:** ██████████ (MDOT) ████████@michigan.gov>
**Cc:** ██████████ (MDOT) ████████@michigan.gov>
**Subject:** RE: EVC-RAA Update

**CAUTION: This is an External email. Please send suspicious emails to** abuse@michigan.gov

Hi ,

Of course - that makes sense regarding the TIP amendment!

So you know, our Division is still working with HQ to determine next steps when the CON phase comes over for obligation. It is possible the project will need to be reviewed by the Grant Review Task Force (GRTF). The GRTF reviews competitive grant project amendments, especially for the obligation of funds for additional phases of work. We are also exploring the differences between how project funds are managed in FMIS between design-bid-build and design-build projects. I'll keep you posted as we learn more.

For no-cost change modifications to the grant agreement, we could begin that process as soon as it is confirmed the project schedule is anticipated to change by over six months. But I'd recommend we get the POP extension amendment to HQ early summer to give time for processing. If you like, maybe after the new year we can get together and take a look at the template and T&C.

Thanks again,



**From:** [REDACTED] (MDOT) [REDACTED]@michigan.gov>
**Sent:** Tuesday, December 9, 2025 2:14 PM
**To:** [REDACTED] (FHWA) [REDACTED]@dot.gov>
**Cc:** [REDACTED] (MDOT) [REDACTED]@michigan.gov>
**Subject:** RE: EVC-RAA Update

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ,

No problem, and yes, I hope we get some solid proposals as well. We have had a few interested parties reaching out with questions about structuring the proposals, so fingers crossed!

We cannot resubmit the CON phase until after 12/19 because changing the FY triggered a STIP amendment. It is my understanding that the STIP amendment will be approved sometime in mid-December, no later than 12/26. Then, FHWA will have two weeks to review and approve the STIP amendment. Once approved by FHWA, we can submit the request in FMIS.

Good to know that no-cost amendments can be processed. I am curious to know how the new template terms and conditions would affect the program. Is there a deadline for when we need

to have a formal grant agreement extension request submitted?

Thanks,

████████████████

Projects & Contracts Engineer
Transportation Systems Management & Operations
Michigan Department of Transportation
Bureau of Field Services
6333 Lansing Road
Lansing, Michigan  48917

████████████████



---

**From:** ████████ (FHWA) ████████@dot.gov>
**Sent:** Monday, December 8, 2025 8:21 AM
**To:** ████████ (MDOT) ████████@michigan.gov>
**Cc:** ████████ (MDOT) ████████@michigan.gov>
**Subject:** RE: EVC-RAA Update

> **CAUTION: This is an External email. Please send suspicious emails to**
> **abuse@michigan.gov**

Hi ████,

Thank you for the update on the EVC-RAA project. I hope MDOT gets some solid proposals. In the interim, I've been pursuing an answer to the additional review question on the CON phase for this project. Furthermore, our Division Administrator has taken up the charge and elevated the question at HQ. I can't speak to their appetite to approve the obligation, but I'll let you know as soon as we hear back.

Our finance staff explained that the CON phase submission was withdrawn at the end of the FY, but they believed it could be resubmitted without much delay as soon as we have an answer.
I'm just curious, why can't the CON phase be submitted until after the RFP submittal date (12/19)?

The CFI Program Office has indicated that no-cost amendments to the grant agreement, such as period of performance extensions, can be processed if needed. However, we will have to switch the grant agreement to a new template and new terms and conditions would apply. I am unsure if minor project changes like that would also have to go before the Grant Review Task Force, but we will address that if/when we come to it.

I hope that the holidays are treating you well!

Warmly,



---

**From:** ▬▬▬▬▬ (MDOT) ▬▬▬▬ @michigan.gov>
**Sent:** Wednesday, December 3, 2025 8:47 AM
**To:** ▬▬▬▬▬ (FHWA) ▬▬▬▬▬ @dot.gov>
**Cc:** ▬▬▬▬▬ (MDOT) ▬▬▬▬ @michigan.gov>
**Subject:** EVC-RAA Update

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello ▬▬▬▬ ,

Hope you had a great Thanksgiving! And now with all this snow and cold, it is reallyyyy starting to feel like Christmas-time to me. It always sneaks up so quickly!

I wanted to share a quick update on the EVC-RAA project since it's been a little while and we continue to make progress. We are currently well into the advertisement period, with RFP submittals due on December 19, 2025. As things stand, we anticipate re-submitting the CON phase obligation later in December, once the STIP amendment is approved. The amendment became necessary because when we originally submitted the CON obligation back in August, FHWA requested additional review time, and the fiscal year changed during that window. As a result, we were notified that the CON obligation needed to be withdrawn and re-submitted under FY26.  Given this sequence, the CON obligation cannot be submitted in FMIS until after the RFP submittal deadline of December 19. Because of that, we are considering moving the RFP due date to the end of January to allow time for the CON obligation resubmittal and FHWA authorization. Do you have any thoughts on this approach or have any insight on the appetite for FHWA obligation approval once we resubmit our request? I want to make sure we are aligned and reduce our chances for extending our proposal due date multiple times.

Additionally, based on our current projections, it does not appear feasible to meet the December 31, 2026 grant agreement deadline. With that in mind, I wanted to see if now would be an appropriate time to begin discussing a potential extension to the grant agreement deadline.

Thanks, and I look forward to your guidance.

▬▬▬▬▬▬▬
Projects & Contracts Engineer
Transportation Systems Management & Operations

Michigan Department of Transportation
Bureau of Field Services
6333 Lansing Road
Lansing, Michigan  48917

