# EXHIBIT 4

| | |
|---|---|
| **From:** | ██████████ (FHWA) |
| **To:** | ██████████ (FHWA) |
| **Subject:** | RE: CFI: Notice of Selection for CFI Round 2 Grant Award |
| **Date:** | Friday, November 21, 2025 11:54:22 AM |
| **Attachments:** | image002.png |

Hi ████ –

Unfortunately, I have not heard anything about the status of this grant selection as yet. The administration continues to review grant selections from earlier this year.

I will keep you posted and be sure to reach out as soon as there is more to share. Thank you for continuing to stay in touch.

Best,



Federal Highway Administration, New York Division
██████████

**From:** ██████████@suny.edu>
**Sent:** Friday, November 21, 2025 10:13 AM
**To:** ████████ (FHWA) ██████████@dot.gov>; ██████████
██████████@suny.edu>; ██████████ @suny.edu>; ████████
████ (FHWA) ██████████@dot.gov>
**Subject:** RE: CFI: Notice of Selection for CFI Round 2 Grant Award

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello ████████,

Are there any new developments in the possibility of the grant to SUNY moving forward?

Thank you,



 ██████████
*Director of Sustainability and Climate Action*
The State University of New York
State University Plaza - Albany, New York 12246
██████████

***Be a part of Generation SUNY:*** *Facebook* - *Twitter* - *YouTube*

**From:** ████████ (FHWA) ████████ @dot.gov>
**Sent:** Wednesday, March 12, 2025 2:45 PM
**To:** ████████ @suny.edu>; ████████
████████ @suny.edu>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████ @suny.edu>
**Subject:** RE: CFI: Notice of Selection for CFI Round 2 Grant Award

Hi ████

Thank you for checking in. I apologize but at this time we do not have any additional information. We are awaiting guidance from our agency about announced awards from this program and others, but to date we have not heard more or received confirmation of the grant process.

If I hear any additional information, I will definitely reach out. I will note that at this time, FHWA is not acting on any grant agreements or to develop new agreements, as part of a review of funding since the administration change. I hope we hear more soon.

Thanks!

████████

Federal Highway Administration, New York Division
████████

---

**From:** ████████ @suny.edu>
**Sent:** Wednesday, March 12, 2025 2:36 PM
**To:** ████████ (FHWA) ████████ @dot.gov>; ████████
████████ @suny.edu>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA)
████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████ @suny.edu>
**Subject:** RE: CFI: Notice of Selection for CFI Round 2 Grant Award



Some people who received this message don't often get email from ████████ @suny.edu. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

All, just checking in with you to see if you have any more information about the grant and the charging program.

Thanks, ████



*Chief Sustainability Officer*
The State University of New York
████████

*Be a part of Generation SUNY:* <u>*Facebook*</u> *-* <u>*Twitter*</u> *-* <u>*YouTube*</u>
*Check out our sustainability programs on our* <u>*website*</u> *and* <u>*blog*</u>

████████████████████████

**From:** ███████████ (FHWA) ████████████ <u>@dot.gov</u>>
**Sent:** Wednesday, January 15, 2025 11:15 AM
**To:** ████████████████████████ <u>@suny.edu</u>>; ██████████████████████
██████ <u>@suny.edu</u>>; ████████████ (FHWA) ██████████ <u>@dot.gov</u>>; ██████████ (FHWA)
████████ <u>@dot.gov</u>>; ████████████ (FHWA) ████████████ <u>@dot.gov</u>>
**Cc:** ████████████████ <u>@suny.edu</u>>
**Subject:** RE: CFI: Notice of Selection for CFI Round 2 Grant Award

Hi █████

We are aware of the concern. At this time, FHWA has a very large number of grants dating from 2022-2024 that are working to get executed grant agreements, so I do not anticipate the agreements for recent awards moving much sooner. I will keep you posted, though, as we receive additional updates for timing and for the awards.

I am sorry that I do not have any more certainty to offer at this time.

Best,

████████████████████
Federal Highway Administration, New York Division
████████████████████

**From:** ████████████████████████ <u>@suny.edu</u>>
**Sent:** Wednesday, January 15, 2025 10:45 AM
**To:** ████████████ (FHWA) ████████████ <u>@dot.gov</u>>; ████████████████████
██████ <u>@suny.edu</u>>; ████████████ (FHWA) ██████████ <u>@dot.gov</u>>; ██████████ (FHWA)
████████ <u>@dot.gov</u>>; ████████████ (FHWA) ████████████ <u>@dot.gov</u>>
**Cc:** ████████████████ <u>@suny.edu</u>>
**Subject:** RE: CFI: Notice of Selection for CFI Round 2 Grant Award

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

████████, thank you for reaching out.  Is there a way that we can fast-track receiving the grant agreements so that the funding obligation is protected from clawback?  I'm concerned that waiting another month will be too long.

████████████
*Chief Sustainability Officer and Executive Director of Climate*

*Action*
*(he, him, his)*
The State University of New York
███████████████

**Be a part of Generation SUNY:** *Facebook* - *Twitter* - *YouTube*

**Check out our sustainability programs on our** website **and** blog

████████████████████████

**From:** ████████ (FHWA) ████████ @dot.gov>
**Sent:** Tuesday, January 14, 2025 1:21 PM
**To:** ████████████████████ @suny.edu>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████████████ @suny.edu>; ████████ @suny.edu>
**Subject:** RE: CFI: Notice of Selection for CFI Round 2 Grant Award

Thank you ████████ ,

It is a pleasure to be introduced! My name is ████████ , Discretionary Grants Program Coordinator for FHWA NY. I will follow up sometime after the webinars to schedule an initial discussion and to talk through details of getting the grant agreement executed.

Congratulations on your selection for a Round 2 award!

Best,

████████████████
Federal Highway Administration, New York Division
████████████████

**From:** ████████████████ @suny.edu>
**Sent:** Tuesday, January 14, 2025 1:17 PM
**To:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████████████ @suny.edu>; ████████ @suny.edu>
**Subject:** RE: CFI: Notice of Selection for CFI Round 2 Grant Award

Some people who received this message don't often get email from ████████ @suny.edu. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Just in case you need me as the original applicant to confirm ▮▮▮ as the contact – I am confirming ▮▮▮ will be the contact and managing this grant.

▮▮▮



*Associate Vice Chancellor for Capital Facilities* *(she, her, hers)*
The State University of New York
H. Carl McCall SUNY Building - 353 Broadway F209
State University Plaza - 353 Broadway, Albany, NY 12246
**SUNY Sustainability Blog**
                                                                    Tel:

SUNY Office for Capital Facilities Webpage

---



**From:** ▮▮▮ @suny.edu>
**Sent:** Tuesday, January 14, 2025 12:08 PM
**To:** ▮▮▮ (FHWA) ▮▮▮ @dot.gov>; ▮▮▮ (FHWA) ▮▮▮ @dot.gov>; ▮▮▮ (FHWA) ▮▮▮ @dot.gov>; ▮▮▮ (FHWA) ▮▮▮ @dot.gov>
**Cc:** ▮▮▮ @suny.edu>; S▮▮▮ ▮▮▮ @suny.edu>
**Subject:** RE: CFI: Notice of Selection for CFI Round 2 Grant Award

Hello,

I am confirming receipt of this email. I will be the point of contact for the grant; ▮▮▮ ▮▮▮

I have reviewed the table and have two minor edits: Remove "Round 2" from the project name, and for Lead Applicant it should read "State University of New York System Administration".

I will attend the webinars, review the materials suggested, and confirm our project falls under and approved STIP or begin the application.

Thank you,



*Director of Sustainability and Climate Action*
The State University of New York
State University Plaza - Albany, New York 12246

*Be a part of Generation SUNY: Facebook - Twitter - YouTube*

---

**From:** ████████████████████ @dot.gov>
**Sent:** Friday, January 10, 2025 3:50 PM
**To:** ██████████████████████████ @suny.edu>
**Cc:** ██████████ (FHWA) ████████████ @dot.gov>; ████████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ██████████ @dot.gov>; ████████████ (FHWA) ████████████ @dot.gov>
**Subject:** CFI: Notice of Selection for CFI Round 2 Grant Award

Lead Applicant Name:        State University System Administration
Application Title:        State University of New York Installation of Publicly Available Electric Charging Stations Round 2
Amount of Award:        $15,000,000.00
CFI Program:              Community

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to receive a grant award under Round 2 of the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

The list of 49 selected Round 2 CFI applications is available online at: https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_2/. Please check this page and the project description table to ensure your application information is displayed correctly. Some projects have been selected by USDOT to receive a reduced funding amount that is less than the requested Federal share. In such cases, the project scope will be scaled accordingly in the respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For each selected project, USDOT and the selected applicant organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

The Federal Highway Administration (FHWA) is responsible for establishing and

executing the CFI grant agreements with the selected applicants. You can expect to hear from your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC will be an employee of the FHWA Division Office based in your State or the FHWA Office of Tribal Transportation. In the meantime, if you have questions about next steps, please direct them to FHWA using the email CFIAwardees@dot.gov.

**Immediate Next Steps:**

1. **Provide Applicant Point(s) of Contact:** Please reply to this email to confirm receipt and provide your organization's point(s) of contact for FHWA's use in the CFI grant award process.

2. **Participate in Welcome Webinars:** You are invited to attend two Zoom webinars that will cover the process for executing grant agreements. The two webinars will cover different content, so please attend both. The webinars will be recorded for those unable to attend. The intended audience includes the CFI recipients' primary POCs and the FHWA POCs. Please share the below webinar log-in information with appropriate staff from your organization.

   - CFI Round 2 Welcome Webinar One
     - Thursday, January 23, 2025, 1:00 – 2:00 pm Eastern
     - https://usdot.zoomgov.com/j/1605902588?pwd=dZahNggpm4I9G20Oswbln8ZInyOKke.1&from=addon; Meeting ID: 160 590 2588; Passcode: 992862
   - CFI Round 2 Welcome Webinar Two
     - Thursday, February 6,2025, 1:00-2:30 pm Eastern
     - https://usdot.zoomgov.com/j/1603449601?pwd=g2mdalQX9IVsbxq46h9svYdWdF8Ujx.1&from=addon; Meeting ID: 160 344 9601; Passcode: 949545

**Additional Information**

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed during the welcome webinars, and your FHWA POC will coordinate with you to complete the agreement template. Recipients are encouraged to review the grant terms and conditions and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits will be available on the Resources for Past CFI NOFO Resources page on the CFI website. You are also encouraged to review the CFI Round 2 NOFO and Round 2 Question and Answer document, also available via the Resources for Past CFI NOFO Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are

considered construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP.  For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

**In closing,** we ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions in advance of the first welcome webinar, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



U.S. DOT | FHWA
Office of Natural Environment
Sustainable Transportation and Resilience Team

https://www.fhwa.dot.gov/environment/sustainability/

**From:** ███████████ (FHWA)
**To:** ████████ @dot.gov; ████████████ (FHWA)
**Cc:** ████████████ @dot.gov; ████████████ (NYSERDA); ████████████ (FHWA); ████████████ (FHWA); ████████████ @dot.gov); ████████; ████████ (FHWA)
**Subject:** RE: CFI FY 22/23 Community Level 2 and DCFC Infrastructure in NY, NYSERDA
**Date:** Tuesday, September 30, 2025 1:28:56 PM

---

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

We do not have any approvals for new obligations under CFI or EVC-RAA.

Some divisions are drafting agreements using a new general grant agreement template in the hope of being ready in the event of program approval.

The program is still under administrative review.  We can add this project to our internal list of the projects with NEPA completion, but best to update the Grants Tracker under the NEPA fields.

Let me know if you want to meet.

███████

.

---

**From:** ████████ (FHWA) ████████ @dot.gov>
**Sent:** Tuesday, September 30, 2025 4:09 PM
**To:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████ (FHWA) ████████ @dot.gov>; ████████ (NYSERDA) ████████ @nyserda.ny.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Subject:** CFI FY 22/23 Community Level 2 and DCFC Infrastructure in NY, NYSERDA

Good Afternoon ███████ -

NYSERDA has recently completed NEPA for 20 sites identified in their CFI grant agreement.  They are ready to obligate money for construction activities.  They had previously obligated funding for PE activities.

Now that NEPA is complete, can you please give us some guidance on how to go about obligating construction funding?

Thank you,

███████

Director, Office of Program Management

FHWA New York Division
Leo O'Brien Building
11A Clinton Ave, Suite 719
Albany, NY 12207

████████████