# EXHIBIT 5

**From:** ███████
**To:** ███████ (FHWA)
**Cc:** ███████ (FHWA); ███████ (FHWA); ███████ (FHWA)
**Subject:** RE: Burlington Electric Department CFI grant
**Attachments:** image001.gif
image002.gif

Good afternoon,

I am writing again to follow up on the status of this award.

Please advise as to when Burlington's agreement will be executed and if there are additional/alternative DoT contacts with whom we should be communicating.

Thanks,



**From:** ███████
**Sent:** Monday, October 20, 2025 12:47 PM
**To:** ███████ (FHWA)' ███████@dot.gov>
**Cc:** ███████ (FHWA)' ███████@dot.gov>; ███████ (FHWA)' ███████@dot.gov>; ███████ (FHWA)' ███████@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Good afternoon, ███████,

I am directing this message to you as I received an auto-reply that ███████ DoT email was no longer valid.

Please advise as to when Burlington's agreement will be executed and if there are additional/alternative DoT contacts with whom we should be communicating.

Thanks,



**From:** ███████
**Sent:** Tuesday, September 30, 2025 5:22 PM
**To:** ███████ (FHWA)' ███████@dot.gov>; ███████ (FHWA) ███████@dot.gov>
**Cc:** ███████ (FHWA) <███████@dot.gov>; ███████ (FHWA) ███████@dot.gov>; ███████ (FHWA) ███████@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Good afternoon, ███████,

I am writing to request that FHWA execute the City of Burlington, VT Electric Department's Charging & Fueling Infrastructure grant agreement and obligate 100% of the award funding immediately.

- The VT FHWA division office submitted the grant agreement to FHWA HQ for review and execution on December 31, 2024.
- Our project has been included in the Transportation Improvement Plan for Chittenden County, VT.
- The Burlington City Attorney's Office has completed its review and authorized us to execute the agreement whenever FHWA is ready.
- The VT FHWA division office has granted NEPA approval for our project. With NEPA approval 100% of funds (phase 1 and phase 2) can now be obligated.

I have emailed FHWA HQ six times since submitting our grant agreement and have not yet been provided with a substantive reason for the delay in executing the agreement. We expect FHWA to fulfill its legal obligation to implement the CFI program, including the awarding and funding of projects, per the statutes passed by Congress.

Please advise as to when Burlington's agreement will be executed.

Thank you,

██████

---

**From:** ████████ (FHWA) ████████ @dot.gov>
**Sent:** Monday, July 7, 2025 5:26 PM
**To:** ████████ @burlingtonelectric.com>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

██████, confirming receipt of your email. We do not have any updates at this time.

██████

---

**From:** ████████ @burlingtonelectric.com>
**Sent:** Monday, July 7, 2025 5:09 PM

**To:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant



**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, ████████ ,

Checking again to see if you can please provide an update on the status of FHWA's review of our CFI grant agreement.

I also would appreciate your confirming receipt of this email and that you are the correct points of contact for Burlington Electric Department's CFI award.

Thanks,



---

**From:** ████████
**Sent:** Wednesday, May 28, 2025 12:45 PM
**To:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Good afternoon, ████████ ,

I am writing to request an update on the status of the City of Burlington, VT Electric Department's CFI agreement. As our award may be relatively new to your portfolio, here is a quick summary:

- Our project has been included in the Transportation Improvement Plan for Chittenden County, VT.
- The Burlington City Attorney's Office has completed its review and authorized us to execute the agreement whenever FHWA is ready.
- The VT FHWA division office submitted the grant agreement to FHWA HQ for review and execution on December 31, 2024.
- The VT FHWA division office has granted NEPA approval for our project. I believe this means that 100% of funds (phase 1 and phase 2) can now be obligated.
- In March 2025, ████ advised that "FHWA leadership is working with the new Administration for further guidance on how to proceed. Until we receive further guidance from the White House our operating status all discretionary grant actions is on pause" and that they would take my questions/concerns to leadership to ask for additional clarity.

Is there any update on the status of FHWA HQ's review of our draft grant agreement that you can provide?

Thank you,

███



████████████████████

CFO and Manager of Strategy & Innovation

████████████████████

[burlingtonelectric.com](burlingtonelectric.com)
Burlington, Vermont



---

**From:** ████████ (FHWA) ████████ @dot.gov>
**Sent:** Wednesday, April 30, 2025 5:16 PM
**To:** ████████████████████████ @burlingtonelectric.com>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

Good Afternoon ███ –

I am no longer working with the CFI team.  My rotational assignment with the group ended in March.
As such,  I am including ████████ and ████████ on this email.  They will be your future CFI points of contact.

Thank you for reaching out.

All the Best,



Director, Office of Program Management

FHWA New York Division
Leo O'Brien Building
11A Clinton Ave, Suite 719
Albany, NY 12207

---

**From:** ████████████████ <████████████████ @burlingtonelectric.com>
**Sent:** Wednesday, April 30, 2025 9:15 AM
**To:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████████ (FHWA) < ████████████ @dot.gov>; ████████████ (FHWA) ████████████ @dot.gov>; ████████████ (FHWA) ████████████ @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant



**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning, ████████████ ,

Can you please provide an update on the status of FHWA's review of our CFI grant agreement?

Thanks,

████

---

**From:** ████████████████
**Sent:** Tuesday, March 11, 2025 5:48 PM
**To:** ████████ (FHWA) ████████ @dot.gov>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ████████████ (FHWA) ████████████ @dot.gov>; ████████████ (FHWA) ████████████ @dot.gov>; ████████████ (FHWA) ████████████ @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Thanks, ██ ,

Yes, I understand that our agreement has not been signed/awarded yet, but my understanding of the court order(s) is that they "appl[y] to future assistance (not just current or existing awards or obligations)," "prohibit all categorical pauses or freezes in <u>obligations</u> or disbursements," and direct agencies to immediately ending any federal funding pause and restore withheld funds, including federal funds appropriated in the IRA and IIJA. This would seem to encompass program funds that have been appropriated by Congress but have not yet been obligated/awarded.

I sincerely appreciate the chance to communicate about this with you and your requesting additional clarity on our behalf.

Thanks again,

██

**From:** ██████ (FHWA) ██████ <u>@dot.gov</u>>
**Sent:** Tuesday, March 11, 2025 5:34 PM
**To:** ████████████████ <u>@burlingtonelectric.com</u>>; ████████ (FHWA) ██████ <u>@dot.gov</u>>
**Cc:** ████████ (FHWA) ██████ <u>@dot.gov</u>>; ████████ (FHWA) ████████ <u>@dot.gov</u>>; ██████ (FHWA) ██████ <u>@dot.gov</u>>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

Hi ██ ,

Thank you for pointing out the information below. Please note, the subject has not been awarded. It was selected for an award.

Again, I appreciate your patience. I completely understand the confusion. I will personally take your concern to leadership to ask for additional clarity.

██

**From:** ████████████████ <u>@burlingtonelectric.com</u>>
**Sent:** Tuesday, March 11, 2025 5:15 PM
**To:** ██████ (FHWA) ██████ <u>@dot.gov</u>>; ██████ (FHWA) ██████ <u>@dot.gov</u>>
**Cc:** ██████ (FHWA) ██████ <u>@dot.gov</u>>; ██████ (FHWA) ██████ <u>@dot.gov</u>>; ██████ (FHWA) ██████ <u>@dot.gov</u>>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

,

I apologize for the additional email. I recently re-reviewed the notice regarding federal funding that we were provided by Treasury on February 3, 2025 and wanted to provide further information.

While we understand that there have been Executive Orders issued halting federal funding under the IRA and IIJA, these efforts have been:

1. Successfully challenged in court and, until further notice, can no longer be applied.  Judge McConnell clarified in a new order that the Administration "must immediately end any federal funding pause during the pendency of the TRO [temporary restraining order]" - including Inflation Reduction Act and Infrastructure Investment Jobs Act funding.  In addition, the order makes it clear that the Administration has to immediately take "any administrative, operational, or technical" steps necessary to reinstate funding, given the fact that their actions have thus far clearly been in violation of the court's temporary restraining order.
2. In a notice provided to agencies on February 2, 2025, Treasury interpreted this order to mean that: "federal agencies cannot pause, freeze, impede, block, cancel, or terminate any awards or obligations on the basis of the OMB memo, or on the basis of the President's recently issued Executive Orders." This prohibition is to be applied to "all awards and obligations…and also applies to future assistance
(not just current or existing awards or obligations)" (Emphasis added).
3. We received the attached Notice on February 3, 2025 which confirms that your agency must comply with the terms of the order.

Pausing administrative or operational work on the Charging & Fueling Infrastructure grant program is in direct violation of the January 31, 2025 temporary restraining order and will cause harm to the Burlington, VT municipal electric ratepayers that we serve.

For these reasons, we are requesting that, pursuant to the court's order, FHWA immediately resume review of our draft CFI grant agreement and either sign it or provide feedback to us on requested changes. If you are unable to resume review, we request a clear response by email explaining the legal reasons that FHWA has to delay awards of federally authorized funding.

Thank you again for your assistance and for all of the hard work you are doing to implement the law.

Best,

---

**From:**
**Sent:** Tuesday, March 11, 2025 1:25 PM
**To:**          (FHWA)          @dot.gov>;          (FHWA)          @dot.gov>

**Cc:** ███████████ (FHWA) ████████ @dot.gov>; ███████████ (FHWA) ███████████ @dot.gov>; ██████████ (FHWA) ██████████ @dot.gov>

**Subject:** RE: Burlington Electric Department CFI grant

Hi ████,

Thank you for that clarification. We look forward to hearing from you or our FHWA POC once you are able to share further information.

Best,
████

---

**From:** ██████ (FHWA) ████ @dot.gov>
**Sent:** Tuesday, March 11, 2025 11:11 AM
**To:** █████████████████ @burlingtonelectric.com>; ████████ (FHWA) ████████ @dot.gov>
**Cc:** ███████████ (FHWA) █████████ @dot.gov>; ██████████ (FHWA) █████████ @dot.gov>; █████████ (FHWA) ███████████ @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

████

Thank you for following up for further explanation. You are correct, OMB Memo M-25-14 rescinded M-25-13. The cancellation of the memo does not hold precedence over the President's Executive Order Unleashing American Energy – The White House. I would advise reading the EO and specifically review Sec. 2 (e) :

*"(e)  to eliminate the "electric vehicle (EV) mandate" and promote true consumer choice, which is essential for economic growth and innovation, by removing regulatory barriers to motor vehicle access; by ensuring a level regulatory playing field for consumer choice in vehicles; by terminating, where appropriate, state emissions waivers that function to limit sales of gasoline-powered automobiles; and by considering the elimination of unfair subsidies and other ill-conceived government-imposed market distortions that favor EVs over other technologies and effectively mandate their purchase by individuals, private businesses, and government entities alike by rendering other types of vehicles unaffordable;"*

FHWA leadership is working with the new Administration for further guidance on how to proceed. Until we receive further guidance from the White House our operating status all discretionary grant actions is on pause. I have not received any further guidance. If anything changes, I will contact your FHWA POC.

I appreciate your patience during this change in Administration.

Best,



---

**From:** @burlingtonelectric.com>
**Sent:** Thursday, March 6, 2025 7:45 AM
**To:** ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>; ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>
**Cc:** ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>; ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>; ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ▮▮▮▮ ,

Thank you for writing back to me. I was aware of OMB Memo M-25-13. I am also aware of OMB Memo M-25-14, which rescinded OMB Memo M-25-13 on January 29, 2025. Therefore, I am confused by your statement that you have not received any new guidance.

Can you please advise or explain?

Thank you,



---

**From:** ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>
**Sent:** Friday, February 28, 2025 11:48 AM
**To:** @burlingtonelectric.com>; ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>
**Cc:** ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>; ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>; ▮▮▮▮ (FHWA) ▮▮▮▮@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

Hi ▮▮▮▮ ,

As you may be aware, OMB Memo M-25-13 directs agencies to, "temporarily pause all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders." CFI grant and all discretionary grant

operations are currently on pause. I have not received any new guidance.

Best,



_____

Agreement Specialist, HCFA-43
Office of Assistance Agreements
Office of Acquisition and Grants Management
Federal Highway Administration | USDOT

*Please take a moment to complete our brief customer survey available _here._ Your response is anonymous and will help us assess the quality of our support to your program.*

---

**From:** @burlingtonelectric.com>
**Sent:** Thursday, February 13, 2025 2:28 PM
**To:** (FHWA) @dot.gov>; (FHWA) @dot.gov>
**Cc:** (FHWA) @dot.gov>; (FHWA) @dot.gov>; FHWA) @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

<span style="background-color:red; color:white">**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.</span>

Good afternoon, ,

I wanted to follow up again on the status of FHWA HQ's review of our draft grant agreement. Do you have any updates?

Thanks,



---

**From:**
**Sent:** Wednesday, January 22, 2025 1:19 PM
**To:** (FHWA) @dot.gov>; (FHWA) @dot.gov>
**Cc:** (FHWA) @dot.gov>; (FHWA) @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Good afternoon, ,

I am writing to let you know that our VT FHWA division office has granted NEPA approval for our project. I believe this means that 100% of funds (phase 1 and phase 2) can now be obligated.

Please let me know if there is any update on the status of FHWA HQ's review of our draft grant agreement.

Thanks,



---

**From:** ▉▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉ @dot.gov>
**Sent:** Friday, January 10, 2025 4:53 PM
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ @burlingtonelectric.com>; ▉▉▉▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉▉▉ @dot.gov>
**Cc:** ▉▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉▉▉ @dot.gov>; ▉▉▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉▉▉ @dot.gov>; ▉▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉ @dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

Hi ▉▉▉ -

Thank you for the update.  I am including ▉▉▉▉▉, our contract specialist, on this email. We received numerous grant agreements last month and as a result, ▉▉▉ has been working hard to get through all of them.

Since this is a phased grant agreement – I am hoping you will hear from us soon!

Thanks again for reaching out.

Have a great weekend.



---

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ @burlingtonelectric.com>
**Sent:** Friday, January 10, 2025 4:20 PM
**To:** ▉▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉ @dot.gov>; ▉▉▉▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉▉▉ @dot.gov>
**Cc:** ▉▉▉▉▉▉ (FHWA) ▉▉▉▉▉▉▉▉ @dot.gov>; ▉▉▉▉▉▉▉ (FHWA) <▉▉▉▉▉▉▉▉ @dot.gov>

**Subject:** Burlington Electric Department CFI grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, ▮▮▮▮▮▮▮▮▮▮ ,

I wanted to provide a couple of updates on our CFI agreement:

- The Burlington City Attorney's Office has completed its review and authorized us to execute the agreement whenever FHWA is ready.
- ▮▮▮▮▮▮ from the State Office and I have met this week re NEPA review and are making good progress on the checklist; aiming to submit for review by next week.

Is there any update on the status of FHWA HQ's review of our draft grant agreement?

Thank you,

▮▮▮▮

CFO and Manager of Strategy & Innovation

burlingtonelectric.com
Burlington, Vermont