# EXHIBIT 6

 **Outlook**

## CFI Grant Award Template and solicitation for dates to hold Kick-off meeting



From ▭▭▭▭ (FHWA) < ▭▭▭▭@dot.gov>
Date Fri 9/13/2024 2:50 PM
To ▭▭▭▭@uw.edu>; ▭▭▭▭@uw.edu ▭▭▭▭@uw.edu>
Cc ▭▭▭▭ (FHWA) ▭▭▭▭@dot.gov>; ▭▭▭▭ (FHWA) ▭▭▭▭@dot.gov>; ▭▭▭▭ (FHWA) ▭▭▭▭@dot.gov>; ▭▭▭▭ (FHWA) < ▭▭▭▭@dot.gov>; ▭▭▭▭ (FHWA) < ▭▭▭▭@dot.gov>

🔗 1 attachment (86 KB)
GRANT13911537_CFI Agreement_University of Washington.docx;

Good afternoon,

My name is ▭▭▭▭ and I will be your CIF Award contact from the FHWA Washington Division office here in Olympia.

Congratulations on your award titled  University of Washington Bothell Campus Charging and Fueling Infrastructure Improvement Plan for Electric Vehicles   which includes CFI Federal Funding in the amount of $1,124,688.

Attached to this email you will find the grant agreement Template that is partially filled in. Please look over the template and bring your questions to the webinar scheduled for September 19th:

- Thursday, September 19, 2024, 1:00-2:30pm Eastern
- https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon; Meeting ID: 160 756 3076; Passcode: 594740

Or bring your questions to our kick-off meeting.  I am wondering if you will be available on **September 25th at 9AM-10AM** or a couple more dates will work for us as follows:

**October 10th at 9AM-10AM  or 12:30 – 2PM**

**October 15th at 10:30AM – 11:30AM**

**October 21st  at 12:30 – 2PM**

Please let me know if any of these times will work for you or purpose a different time that we may be available.

Thank you,



█████████ Discretionary Grants Manager
Washington Division Office | FHWA
711 Capitol Way S., Suite 501 Olympia WA 98501-1284

---

**From:** ████████████████ @dot.gov>
**Sent:** Thursday, August 29, 2024 4:10 PM
**To:** ████████ (FHWA) ██████████ @dot.gov>; ██████████ (FHWA) █████████████ @dot.gov>
**Cc:** ███████ @uw.edu; ████████ @uw.edu; ████████████ (FHWA) ██████████ @dot.gov>
**Subject:** CFI: Notice of Selection for CFI Grant Award

Applicant Name: University of Washington
Application Title: University of Washington Bothell Campus Charging and Fueling Infrastructure Improvement Plan for Electric Vehicles
Federal Funding: $1,124,688

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to receive a grant award under the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

Your selected application was originally submitted in response to the FY 2022/2023 CFI Round 1 NOFO (693JJ323NF00004) issued March 14, 2023, and has been selected under the reserved funding made available for additional awards under the CFI Round 2 NOFO. By email to USDOT, you indicated your request to be reconsidered for award under the reserved funding. Your project has been selected for award under the reserved funding and you are considered a "Round 1B" CFI awardee.

The list of 51 selected Round 1B applications is available online at: https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/. Please check the list of selected applications to ensure your application information is displayed correctly. Some projects have been selected by USDOT to receive a reduced funding amount that is less than the requested Federal share. In such cases, the project scope will be scaled accordingly in the respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For each selected project, USDOT and the selected applicant organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

**Next Steps**: The Federal Highway Administration (FHWA) is responsible for establishing and executing the CFI grant agreements with the selected applicants. You can expect to hear from your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC will be an employee of the FHWA Division Office based in your State or the FHWA Office of Tribal Transportation. In the meantime, if you have questions about next steps, please direct them to FHWA using the email CFIAwardees@dot.gov.

**Request for Applicant Points of Contact:** Please reply to this email to confirm receipt and provide your organization's point(s) of contact for FHWA's use in the CFI grant award process.

**Welcome Webinars:** You are invited to attend the following Zoom webinars. The webinars will cover the process for executing grant agreements. The webinars will be recorded for those unable to attend.  The intended audience includes the CFI selected recipients' primary POCs and the FHWA POCs.  If additional people from your office should be included, please share with the appropriate people.
- CFI Round 1B Welcome Webinar One
  - Wednesday, September 11, 2024, 2:00 – 3:00pm Eastern
  - https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon; Meeting ID: 160 406 0503; Passcode: 910522
- CFI Round 1B Welcome Webinar Two
  - Thursday, September 19, 2024, 1:00-2:30pm Eastern
  - https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon; Meeting ID: 160 756 3076; Passcode: 594740

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed at the webinars listed above, and FHWAs POC will coordinate with recipients to complete their agreement template. Recipients are encouraged to review the grant terms and conditions, and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits can be accessed on the CFI website at the bottom of the Grant Resources page.  You are also encouraged to review the CFI FY 2022 and 2023 Round 1 NOFO and Round 1 Question and Answer document.  These documents and other resources can be found using the links on the CFI Round 1 FY 2022 and 2023 Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are considered to be construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP.  For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

**In Closing:** We ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



U.S. DOT | FHWA
Office of Natural Environment
Sustainable Transportation and Resilience Team

https://www.fhwa.dot.gov/environment/sustainability/

 Outlook

## CFI: Notice of Selection for CFI Grant Award

| | |
|---|---|
| **From** | ██████████ @dot.gov> |
| **Date** | Thu 8/29/2024 1:09 PM |
| **To** | ██████ (FHWA) <██████@dot.gov>; ██████ (FHWA) <██████@dot.gov> |
| **Cc** | ██████@uw.edu>; ██████@uw.edu ██████@uw.edu>; ██████ (FHWA) ██████@dot.gov> |

Applicant Name: University of Washington
Application Title: University of Washington Bothell Campus Charging and Fueling Infrastructure
Improvement Plan for Electric Vehicles
Federal Funding: $1,124,688

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to
receive a grant award under the Charging and Fueling Infrastructure (CFI) Discretionary Grant
[Program](#).

Your selected application was originally submitted in response to the FY 2022/2023 CFI Round
1 NOFO (693JJ323NF00004) issued March 14, 2023, and has been selected under the
reserved funding made available for additional awards under the CFI Round 2 NOFO. By email
to USDOT, you indicated your request to be reconsidered for award under the reserved funding.
Your project has been selected for award under the reserved funding and you are considered a
"Round 1B" CFI awardee.

The list of 51 selected Round 1B applications is available online at:
[https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/](https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/). Please check the list of
selected applications to ensure your application information is displayed correctly. Some
projects have been selected by USDOT to receive a reduced funding amount that is less than
the requested Federal share. In such cases, the project scope will be scaled accordingly in the
respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For
each selected project, USDOT and the selected applicant organization must establish and
execute a signed, mutually agreed upon grant agreement prior to the disbursement of award
funds. No costs incurred before USDOT signs and executes the grant agreement will be
reimbursed.

**Next Steps**: The Federal Highway Administration (FHWA) is responsible for establishing and
executing the CFI grant agreements with the selected applicants. You can expect to hear from
your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC
will be an employee of the FHWA Division Office based in your State or the FHWA Office of
Tribal Transportation. In the meantime, if you have questions about next steps, please direct
them to FHWA using the email [CFIAwardees@dot.gov](mailto:CFIAwardees@dot.gov).

**Request for Applicant Points of Contact:** Please reply to this email to confirm receipt and
provide your organization's point(s) of contact for FHWA's use in the CFI grant award process.

**Welcome Webinars:** You are invited to attend the following Zoom webinars. The webinars will cover the process for executing grant agreements. The webinars will be recorded for those unable to attend.  The intended audience includes the CFI selected recipients' primary POCs and the FHWA POCs.  If additional people from your office should be included, please share with the appropriate people.

- CFI Round 1B Welcome Webinar One
  - Wednesday, September 11, 2024, 2:00 – 3:00pm Eastern
  - https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon; Meeting ID: 160 406 0503; Passcode: 910522
- CFI Round 1B Welcome Webinar Two
  - Thursday, September 19, 2024, 1:00-2:30pm Eastern
  - https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon; Meeting ID: 160 756 3076; Passcode: 594740

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed at the webinars listed above, and FHWAs POC will coordinate with recipients to complete their agreement template. Recipients are encouraged to review the grant terms and conditions, and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits can be accessed on the CFI website at the bottom of the Grant Resources page.  You are also encouraged to review the CFI FY 2022 and 2023 Round 1 NOFO and Round 1 Question and Answer document.  These documents and other resources can be found using the links on the CFI Round 1 FY 2022 and 2023 Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are considered to be construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP.  For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

**In Closing:** We ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



U.S. DOT | FHWA
Office of Natural Environment
Sustainable Transportation and Resilience Team

https://www.fhwa.dot.gov/environment/sustainability/

 **Outlook**

---

## RE: GRANT13911537, University of Washington

---

**From** ▓▓▓▓▓▓@uw.edu>
**Date** Thu 1/16/2025 2:40 PM
**To** ▓▓▓▓▓ (FHWA) <▓▓▓▓▓@dot.gov> ▓▓▓▓▓ (FHWA) <▓▓▓▓▓@dot.gov>
**Cc** ▓▓▓▓▓@uw.edu>

Thank you!  I will wait for the agreement.

---

**From:** ▓▓▓▓▓ (FHWA) <▓▓▓▓▓@dot.gov>
**Sent:** Thursday, January 16, 2025 11:09 AM
**To:** ▓▓▓▓▓@uw.edu>; ▓▓▓▓▓ (FHWA) <▓▓▓▓▓@dot.gov>
**Cc:** ▓▓▓▓▓@uw.edu>
**Subject:** RE: GRANT13911537, University of Washington

I can add something in and put your signature information and send it on for review.  I will be back in touch as soon as I hear something from HQ hopefully a final version for signature will be coming your way soon! Thank you!

---

**From:** ▓▓▓▓▓@uw.edu>
**Sent:** Thursday, January 16, 2025 10:57 AM
**To:** ▓▓▓▓▓ (FHWA) <▓▓▓▓▓@dot.gov>; ▓▓▓▓▓ (FHWA) <▓▓▓▓▓@dot.gov>
**Cc:** ▓▓▓▓▓@uw.edu>
**Subject:** RE: GRANT13911537, University of Washington

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ▓▓▓,

I listed it as existing because the University of Washington has had FWHA awards, but I am not sure about CFI.  In FY23, we had $1.52B in federal research dollars from federal agencies such as the Department of Education, National Institutes of Health, National Science Foundation, Department of Defense, etc.  Is that what you are looking for?

And I will be the person signing the agreement.

Thanks!

▓▓▓

▓▓▓▓▓

*Authorized Signing Official*
Director, Office of Sponsored Research
 UNIVERSITY *of* WASHINGTON | BOTHELL

17927 113th Avenue NE, Box 358523
Bothell WA 98011

**From:** ████████ (FHWA) <████████@dot.gov>
**Sent:** Wednesday, January 15, 2025 4:01 PM
**To:** ████████@uw.edu>; ████████ (FHWA) <████████@dot.gov>
**Cc:** ████████@uw.edu>
**Subject:** RE: GRANT13911537, University of Washington

Thank you ████

I apologize if I was confusing in my earlier response. Existing can not list this award as the existing award. It would have to be something that was from a prior award. Do you know if there has been any other Federal Funding received by your entity in the past? It can be any Federal Funding from HUD, Dept. of Education, or ANY Federal Agency. It seems like I remember research funds that were used for some work the UW performed years back. It just can't be the current award for CFI that we are completing for this grant agreement. Sorry for the confusion.

Last question, who will be the Name and Title for the person signing on page 1?

Thank you,

████

**From:** ████████@uw.edu>
**Sent:** Wednesday, January 15, 2025 3:18 PM
**To:** ████████ (FHWA) <████████@dot.gov>; ████████ (FHWA) <████████@dot.gov>
**Cc:** ████████@uw.edu>
**Subject:** GRANT13911537, University of Washington

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Attached is our draft agreement. Please review and let us know if you need more information.

Best,

████

████████

*Authorized Signing Official*
Director, Office of Sponsored Research
**W** UNIVERSITY *of* WASHINGTON | BOTHELL

17927 113th Avenue NE, Box 358523
Bothell WA 98011

████████