# EXHIBIT 7

 Outlook

---

**Round 2 Charging and Fueling Infrastructure Grant- DC Division office**

---

| From | ██████████ (FHWA) ‹██████████@dot.gov› |
|---|---|
| Date | Wed 7/16/2025 2:30 PM |
| To | ██████████(DOEE) ‹██████████@dc.gov›; ██████████(DOEE) ‹██████████@dc.gov›; ██████████ FHWA) ‹██████████@dot.gov› |
| Cc | ██████████(FHWA) ‹██████████@dot.gov›; ██████████(FHWA) ‹██████████@dot.gov›; ██████████(FHWA) ‹██████████@dot.gov› |

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Thanks for your email, ██ I've reached out to FHWA HQ to get an update and will get back to you asap.

██████████

██████████

*Transportation Specialist*



U.S. Department of Transportation
Federal Highway Administration
District of Columbia Division
1200 New Jersey Ave S.E.,
Washington, DC 20590
E61-211

██████████

**Confidentiality Notice:** This message is transmitted to you by the Federal Highway Administration. This message, along with any attachments, may be confidential and legally privileged. If you are not the intended recipient, please destroy promptly without further retention or dissemination (unless otherwise required by law). Please notify the sender of the error by a separate email or by calling the above number.

---

**From:** ██████████ (DOEE) ██████████@dc.gov›
**Sent:** Wednesday, July 16, 2025 9:34 AM
**To:** ██████████(FHWA) ‹██████████@dot.gov›; ██████████(DOEE) ‹██████████@dc.gov›██████████ FHWA) ██████████@dot.gov›
**Cc:** ██████████(FHWA) ‹██████████@dot.gov›; ██████████(FHWA) ‹██████████@dot.gov›
**Subject:** Re: Benning Rd. EV-RAA Grant Project - New DC Division office POC

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ▮▮▮▮▮

We look forward to working with you. Many thanks to ▮▮▮▮▮▮▮▮ and team for helping us get the Benning Rd project across the finish line.

DOEE was awarded a $15M Charging and Fueling Infrastructure (round 2) grant on January 10, 2025. Can you provide any updates on the status of round 2 of CFI?

Thanks,

▮▮▮

▮▮▮▮

Branch Chief
Clean Transportation & Infrastructure
Department of Energy & Environment
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

**From:** ▮▮▮▮▮ (FHWA) <▮▮▮▮▮@dot.gov>
**Sent:** Tuesday, July 15, 2025 1:24 PM
**To:** ▮▮▮▮▮▮ (DOEE) <▮▮▮▮▮▮@dc.gov>; ▮▮▮▮▮ (FHWA) <▮▮▮▮▮@dot.gov>; ▮▮
▮▮ (DOEE) <▮▮▮▮▮@dc.gov>
**Cc:** ▮▮▮▮▮ (FHWA) <▮▮▮▮▮@dot.gov>; ▮▮▮▮▮ (FHWA) <▮▮▮▮▮@dot.gov>; ▮▮▮
▮▮ (FHWA) <▮▮▮▮▮@dot.gov>
**Subject:** RE: Benning Rd. EV-RAA Grant Project - New DC Division office POC

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Thanks, ▮▮▮

▮▮▮▮▮-please reach out if you need anything.

▮▮▮

▮▮▮▮▮▮

*Transportation Specialist*

U.S. Department of Transportation
Federal Highway Administration
District of Columbia Division
1200 New Jersey Ave S.E.,
Washington, DC 20590
E61-211



**Confidentiality Notice:**  This message is transmitted to you by the Federal Highway Administration.  This message, along with any attachments, may be confidential and legally privileged.  If you are not the intended recipient, please destroy promptly without further retention or dissemination (unless otherwise required by law).  Please notify the sender of the error by a separate email or by calling the above number.

**From:** ████████████ (DOEE) <████████████@dc.gov>
**Sent:** Tuesday, July 15, 2025 12:29 PM
**To:** ████████ (FHWA) <████████@dot.gov>; ████████ (DOEE) <████████@dc.gov>
**Cc:** ████████ (FHWA) <████████@dot.gov>; ████████ (FHWA) <████████@dot.gov>; ████ Janine (FHWA) <Janine.Ashe@dot.gov>
**Subject:** RE: Benning Rd. EV-RAA Grant Project - New DC Division office POC

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks ████

████████████

Energy Program Specialist

████████████████████

**From:** ████████ (FHWA) <████████@dot.gov>
**Sent:** Tuesday, July 15, 2025 12:28 PM
**To:** ████████ (DOEE) ████████@dc.gov>; ████████ (DOEE) <████████@dc.gov>
**Cc:** ████████ (FHWA) <████████@dot.gov>; ████████ (FHWA) <████████@dot.gov>; ████ (FHWA) <████████@dot.gov>
**Subject:** RE: Benning Rd. EV-RAA Grant Project - New DC Division office POC

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

████████

The new Division POC is ████████ and not ████████ (both are copied on this email). Apologies for the earlier confusion.

Thanks

████████

████████████ | Bridge Engineer | North Dakota Division Office
Federal Highway Administration
4503 Coleman Street, Suite 205
Bismarck, ND 58503
████████████

**From:** ████████ (FHWA)
**Sent:** Monday, July 14, 2025 9:14 AM
**To:** ████████ (DOEE) <████████@dc.gov>; ████████ (DOEE) <████████@dc.gov>

**Cc:** ██████████ (FHWA) <██████████@dot.gov>; ██████████ (FHWA) <██████████@dot.gov>
**Subject:** Benning Rd. EV-RAA Grant Project - New DC Division office POC

██████████

This is to inform you that ██████████ is the new Division office POC for the subject project. I will be available to support ██████ to ensure a smooth transition.

Thanks

██████████ | Bridge Engineer | North Dakota Division Office
Federal Highway Administration
4503 Coleman Street, Suite 205
Bismarck, ND 58503
██████████

 Outlook

---

**RE: Any updates on the status of CFI award?**

---

**From**  ██████████ (FHWA) ◄ ██████████ @dot.gov>
**Date**  Mon 12/8/2025 1:49 PM
**To**  ████████ (DOEE) ◄████████@dc.gov>;  ████████ (FHWA) ◄ ████████@dot.gov>
**Cc**  ████████ (FHWA) ◄ ████████ @dot.gov>;  ████████ (FHWA) ◄ ████████ @dot.gov>;
████████ DOEE) ◄ ████████ @dc.gov>



> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Good Afternoon, ██

The CFI Program is still under Administrative Review.  No new information is available at the moment.

Thank you for your patience but please don't hesitate to continue to reach out to check on the status.

Thank you,

██████████

**Deputy Division Administrator**
**FHWA | D.C. Division**
1200 New Jersey Avenue, SE
East Building, Room E61-311
Washington, DC 20590

██████████

---

**From:** ████████ (DOEE) < ████████ @dc.gov>
**Sent:** Monday, December 8, 2025 1:09 PM
**To:** ████████ (FHWA) < ████████ @dot.gov>
**Cc:** ████████ (FHWA) < ████████ @dot.gov>;  ████████ (FHWA) < ████████ @dot.gov>;
████████ (FHWA) ████████ @dot.gov>;  ████████ DOEE) < ████████ @dc.gov>
**Subject:** Any updates on the status of CFI award?



**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ██████

Can you provide any updates on the status of DOEE's CFI round 2 award? Is it still under administrative review by the Department?

Thanks,

██



Branch Chief
Clean Transportation & Infrastructure
Department of Energy & Environment
████████████████████████████████

---

**From:** ██████████ (FHWA) <████████@dot.gov>
**Sent:** Friday, July 18, 2025 7:11 AM
**To:** ██████ (DOEE) <████████@dc.gov>; ████████████ (DOEE) <████████████@dc.gov>
**Cc:** ██████████ (FHWA) <████████████@dot.gov>; ████████████ (FHWA) <████████████@dot.gov>; ████████ (FHWA) <████████@dot.gov>; ██████ (FHWA) <████████@dot.gov>
**Subject:** RE: Benning Rd. EV-RAA Grant Project - New DC Division office POC

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Good morning, ██

I heard back from our Headquarters office. Unfortunately, there are no status updates. This grant award remains under administrative review by the Department. I will let you know when we get new information.

Thanks for your patience.

██████

████████
*Transportation Specialist*



U.S. Department of Transportation
Federal Highway Administration
District of Columbia Division
1200 New Jersey Ave S.E.,
Washington, DC 20590
E61-211
██████████████████████████

**Confidentiality Notice:** This message is transmitted to you by the Federal Highway Administration. This message, along with any attachments, may be confidential and legally privileged. If you are not the intended recipient, please destroy promptly without further retention or dissemination (unless otherwise required by law). Please notify the sender of the error by a separate email or by calling the above number.

---

**From:** ██████████ (DOEE) <████████@dc.gov>
**Sent:** Wednesday, July 16, 2025 9:34 AM
**To:** ██████████ (FHWA) <████████@dot.gov>; ████████████ (DOEE) <████████████@dc.gov>; ████

███████ (FHWA) <███████@dot.gov>

**Cc:** ███████ (FHWA) <███████@dot.gov>; ███████ (FHWA) <███████@dot.gov>

**Subject:** Re: Benning Rd. EV-RAA Grant Project - New DC Division office POC

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ███████

We look forward to working with you. Many thanks to ███████ and team for helping us get the Benning Rd project across the finish line.

DOEE was awarded a $15M Charging and Fueling Infrastructure (round 2) grant on January 10, 2025. Can you provide any updates on the status of round 2 of CFI?

Thanks,

███████

███████

Branch Chief
Clean Transportation & Infrastructure
Department of Energy & Environment
███████████████████

---

**From:** ███████ (FHWA) <███████@dot.gov>
**Sent:** Tuesday, July 15, 2025 1:24 PM
**To:** ███████ (DOEE) <███████@dc.gov>; ███████ (FHWA) <███████@dot.gov>; ███████ (DOEE) <███████@dc.gov>
**Cc:** ███████ (FHWA) <███████@dot.gov>; ███████ (FHWA) <███████@dot.gov>; ███████ (FHWA) ███████@dot.gov>
**Subject:** RE: Benning Rd. EV-RAA Grant Project - New DC Division office POC

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Thanks, ███████

███████-please reach out if you need anything.

███████



███████

*Transportation Specialist*

U.S. Department of Transportation
Federal Highway Administration
District of Columbia Division
1200 New Jersey Ave S.E.,
Washington, DC 20590

E61-211

███████████████

**Confidentiality Notice:** This message is transmitted to you by the Federal Highway Administration. This message, along with any attachments, may be confidential and legally privileged. If you are not the intended recipient, please destroy promptly without further retention or dissemination (unless otherwise required by law). Please notify the sender of the error by a separate email or by calling the above number.

**From:** ████████████ (DOEE) <████████@dc.gov>
**Sent:** Tuesday, July 15, 2025 12:29 PM
**To:** ██████ (FHWA) <████████@dot.gov>; ████████ (DOEE) <████████@dc.gov>
**Cc:** D██████████ (FHWA) <████████@dot.gov>; ████████ FHWA) <████████@dot.gov>; ████
██████ (FHWA) <████████@dot.gov>
**Subject:** RE: Benning Rd. EV-RAA Grant Project - New DC Division office POC

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks █████

██████████

Energy Program Specialist

██████████████

**From:** ████████ (FHWA) ████████@dot.gov>
**Sent:** Tuesday, July 15, 2025 12:28 PM
**To:** ████████ (DOEE) <████████@dc.gov>; ████████████ (DOEE) <████████████@dc.gov>
**Cc:** ████████ (FHWA) <████████@dot.gov>; ████████ (FHWA) ████████@dot.gov>; ███
██████ (FHWA) <████████@dot.gov>
**Subject:** RE: Benning Rd. EV-RAA Grant Project - New DC Division office POC

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

████████

The new Division POC is ████████ and not ████████s (both are copied on this email). Apologies for the earlier confusion.

Thanks
██████

████████ | Bridge Engineer | North Dakota Division Office
Federal Highway Administration
4503 Coleman Street, Suite 205
Bismarck, ND 58503
██████████████

**From:** ███████████(FHWA)
**Sent:** Monday, July 14, 2025 9:14 AM
**To:** ████████(DOEE) <███████@dc.gov>; ██████████(DOEE) <████████████@dc.gov>
**Cc:** ███████(FHWA) <███████████@dot.gov>; ████████FHWA) <████████@dot.gov>
**Subject:** Benning Rd. EV-RAA Grant Project - New DC Division office POC

███████████

This is to inform you that ████████is the new Division office POC for the subject project. I will be available to support ██████to ensure a smooth transition.

Thanks

██████████████ | Bridge Engineer | North Dakota Division Office
Federal Highway Administration
4503 Coleman Street, Suite 205
Bismarck, ND 58503
███████████████

**From:** ▮▮▮ (DOEE)
**To:** ▮▮▮ (DOEE)
**Cc:** ▮▮▮ (DOEE); ▮▮▮ (DOEE); ▮▮▮
**Subject:** Re: Final report for DC DOEE EVC-RAA project
**Date:** Thursday, February 5, 2026 6:15:21 PM

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Thanks for your email, ▮. I'm so glad that the project was successful and that people in the community are benefiting from it. I appreciate your sending the final report. I will let you know if we need anything else.

Also, the other grant, the District of Columbia Round 2 Charging and Fueling Infrastructure project, is still listed as being under Departmental review. I will let you know when we get more information.

Thanks for your patience.

▮▮▮

On Wed, Jan 28, 2026 at 2:49 PM ▮▮▮ (DOEE) <▮▮▮ @dc.gov> wrote:

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon ▮▮▮,

Please see attached DOEE's final report for this project.

Please let me know if this does not suffice or if you need any additional information.

We are very grateful for this grant funding from FHWA. The Benning Road charging station continues to be a huge success. Since it opened on 6/26/26 there have been around 6,500 unique charging session with an average of 40 kWh per charging session. There was definitely a pent-up demand for public fast charging at this location. Many EV drivers have benefited from convenient charging and the entire region has benefited from cleaner air.

Sincerely,



Branch Chief

Clean Transportation & Infrastructure

Department of Energy & Environment