# EXHIBIT 8

**From:** ███████ @DOT
**To:** ███████y@DOT; ███████ @DOT
**Subject:** FW: EV Programs Appropriation codes
**Date:** Tuesday, April 1, 2025 11:04:14 AM
**Attachments:** image001.png

Fyi

**From:** ███████ @DOT <███████@dot.ca.gov>
**Sent:** Tuesday, April 1, 2025 9:24 AM
**To:** ███████ @DOT <███████@dot.ca.gov>; ███████ @DOT
<███████@dot.ca.gov>
**Cc:** ███████ @DOT <███████@dot.ca.gov>
**Subject:** FW: EV Programs Appropriation codes

I am waiting for a respond from FHWA on this.

Much appreciated!

███████
Text/Call: ███████
Teamwork gets it done!

[?]

**From:** ███████ @DOT
**Sent:** Tuesday, April 1, 2025 7:44 AM
**To:** ███████ (FHWA) <███████@dot.gov>
**Cc:** ███████ (FHWA) <███████@dot.gov>
**Subject:** RE: EV Programs Appropriation codes

Thanks ███. Is it official that the NEVI and CFI programs are abolished or are they still under review.

Much appreciated!

███████
Text/Call: ███████
Teamwork gets it done!

[?]

**From:** ▮▮▮▮▮ (FHWA) <▮▮▮▮▮ @dot.gov>
**Sent:** Monday, March 31, 2025 12:28 PM
**To:** ▮▮▮▮▮ @DOT <▮▮▮▮▮ @dot.ca.gov>
**Cc:** ▮▮▮▮▮ (FHWA) <▮▮▮▮▮ @dot.gov>
**Subject:** RE: EV Programs Appropriation codes

 **EXTERNAL EMAIL.** Links/attachments may not be safe.

Hi ▮▮▮,

The following CFI projects are currently pending in FMIS, and I will ask my team to reject them back to Caltrans. Just wanted to give you a heads-up.

- 6200(052)
- 7516(014)
- 7516(015)
- 5928(178)

Thanks,

▮▮▮

---

**From:** ▮▮▮▮▮ (FHWA) <▮▮▮▮▮ @dot.gov>
**Sent:** Friday, March 28, 2025 2:41 PM
**To:** ▮▮▮▮▮ @DOT <▮▮▮▮▮ @dot.ca.gov>
**Cc:** ▮▮▮▮▮ (FHWA) <▮▮▮▮▮ @dot.gov>
**Subject:** RE: EV Programs Appropriation codes

Hi ▮▮▮,

Here's the status of the various funds.

- NEVI Formula funds (Y130, Y133, Y134, Y136) – These have been designated as "expired" in our system, thus, no funds are available in FMIS for obligation (see page 13 in attached Status of Funds Report).

- CFI funds (Y406, Y407) & NEVI 10% funds (Y131) – We have not received the authorization from FHWA HQ Program Office to proceed forward with these competitive grant programs, although there are unobligated funds available in FMIS (see page 6 & 14 in attached Status of Funds Report). Once we receive authorization to move forward with these competitive grant programs, we will immediately notify Caltrans.

I hope this helps.

Regards,



Director, Financial Services
FHWA - CA Division
███████████@dot.gov
█████████ Office

**From:** ████████████@DOT <████████@dot.ca.gov>
**Sent:** Friday, March 28, 2025 1:30 PM
**To:** ████████ (FHWA) <████████████@dot.gov>
**Cc:** ██████ (FHWA) <██████@dot.gov>
**Subject:** EV Programs Appropriation codes

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ██████,

Per our discussion this morning these are the appr. codes we would like to confirm that they are no longer active for obligation.

NEVI, Y130, EVCRAA Y131, for CFI Y407.

For NEVI, we also have Y133, Y134 and Y136, but we are not using those for now until Y130 is completely used up.

*Much appreciated!*



Text/Call: ██████████
*Teamwork gets it done!*

