**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | NO. 2:25-cv-02574-TL |
| *Plaintiffs,* | |
| v. | **DECLARATION OF JOYA MANJUR IN SUPPORT OF PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD** |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | NOTED FOR HEARING: April 21, 2026 |
| *Defendants.* | |

DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPLETE THE          - 1 -
ADMINISTRATIVE RECORD
CASE NO. 2:25-cv-02574-TL

I, Joya Manjur, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff Sierra Club in the above-captioned matter.

2.    I submit this declaration in support of Plaintiffs' Motion to Complete the Administrative Record.

3.    On or about January 16, 2025, the Federal Highway Administration ("FHWA") Ohio Division informed a City of Cincinnati employee that the City's "CFI Round 1B grant agreement has been approved and is ready for signature."

4.    On or about February 4, 2025, a City of Cincinnati employee emailed FHWA to ask whether "the contract [the City] returned was signed by the FHWA agreement officer[.]"

5.    On or about February 5, 2025, the FHWA responded to the City of Cincinnati employee, stating: "Currently we are awaiting guidance from HQ on how to implement the new executive orders and how they affect grant agreements being executed."

6.    On or about April 24, 2025, the City of Cincinnati employee followed up with the FHWA, seeking "any information on the status of the CFI contract that the City of Cincinnati signed in January."

7.    On or about April 24, 2025, the FHWA responded, stating: "The CFI program is still under administrative review."

8.    On or about June 25, 2025, the City of Cincinnati employee again inquired with the FHWA as to the status of the CFI Program and its CFI grant agreement.

DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPLETE THE          - 2 -
ADMINISTRATIVE RECORD
CASE NO. 2:25-cv-02574-TL

9. On or about June 25, 2025, the FHWA responded that "the CFI program was placed under administrative review on January 20th and remains under administrative review as of today."

10. On or about September 8, 2025, the City of Cincinnati employee again inquired with the FHWA as to the status of the CFI Program and its CFI grant.

11. On or about September 8, 2025, the FHWA responded, stating: "Unfortunately, the CFI program has not been released from administrative review to allow obligation of any CFI funding, at this time."

12. A true and correct copy of the email correspondence described in paragraphs 3-11, with staff names and identifying information redacted, is hereto attached as **Exhibit A**.

13. On or about August 13, 2025, the FHWA received an inquiry about the status of the City of Mesa's CFI grant.

14. On or about August 14, 2025, the FHWA responded to the inquiry, stating: "The CFI award under the Charging and Fueling Infrastructure Grant Program is under review. The Department is actively working to review grant awards for consistency with all executive orders and direction issued by the Trump-Vance Administration as consistent with law."

15. A true and correct copy of the email correspondence described in paragraphs 13-14, with staff names and identifying information redacted, is hereto attached as **Exhibit B**.

16. In March 2025, the FHWA told the U.S. Government Accountability Office (GAO), during a GAO audit of federal efforts related to EV charging infrastructure, that "as a result of [the Unleashing American Energy] executive order and related agency actions, most of FHWA's NEVI and CFI activities were under review while it and other relevant agencies determine whether these efforts align with the administration's policies and priorities."

DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPLETE THE          - 3 -
ADMINISTRATIVE RECORD
CASE NO. 2:25-cv-02574-TL

17.    A true and correct copy of the United States Government Accountability Office Report to Congressional Committees regarding Electric Vehicle Infrastructure (July 22, 2025), available at https://files.gao.gov/reports/GAO-25-106992/index.html, reflecting on page 10 the exchange described in paragraph 16, is hereto attached as **Exhibit C**.

DATED this 31st day of March.

_/s/ Joya Manjur_
Joya Manjur (CA Bar No. 348160)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
(510) 221-6342
joya.manjur@sierraclub.org

_Attorney for Sierra Club_

DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPLETE THE         - 4 -
ADMINISTRATIVE RECORD
CASE NO. 2:25-cv-02574-TL