The Honorable Tana Lin

## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF CALIFORNIA, et al.,

              *Plaintiffs,*

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,

              *Defendants.*

Case No. 2:25-cv-2574-TL

SECOND DECLARATION OF MARIA LEFEVRE

## SECOND DECLARATION OF MARIA LEFEVRE

I, Maria Lefevre, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Executive Director for the Office of the Under Secretary of Transportation for Policy at the U.S. Department of Transportation ("DOT"). I have served in this role since 2013. My duties and responsibilities include directly supporting the Under Secretary of Transportation for Policy and the Office of Transportation Policy, the Office of Aviation and International Affairs, the Office of Research and Technology, the Office of Multimodal Freight, and the Build America Bureau.

2. I make this declaration based on my personal knowledge and information available to me in my official capacity.

3. DOT employees have evaluated various DOT programs and unobligated grant selections during DOT's ongoing agency-wide review.

4. When evaluating DOT programs and unobligated grant selections, DOT employees

SECOND DECLARATION OF
MARIA LEFEVRE
CASE NO. 2:25-cv-2574-TL

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

1

have not relied on Section 7(a) of Executive Order 14154 because DOT's ongoing review is not a "pause" as directed by EO 14154. Instead, DOT is reviewing its programs and unobligated grant selections for consistency with the statutes governing the relevant grant programs and for overall consistency with the Administration's policy priorities.

5.      When evaluating DOT programs and unobligated grant selections, DOT employees have not relied on OMB Memorandum M-25-11 because it detailed implementation of the "pause" described in EO 14154.

6.      When evaluating DOT programs and unobligated grant selections, DOT employees have not relied on the January 29, 2025 memorandum signed by the Secretary of Transportation titled *Implementation of Executive Orders Addressing Energy, Climate Change, Diversity, and Gender*. This memorandum directed certain actions in the first month of the Administration and did not govern DOT's review, which remains ongoing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2026.

MARIA SOPHIA LEFEVRE
Digitally signed by MARIA SOPHIA LEFEVRE
Date: 2026.04.15 15:33:07 -04'00'

Maria Lefevre
Executive Director
Office of the Under Secretary of Transportation for Policy
U.S. Department of Transportation

SECOND DECLARATION OF
MARIA LEFEVRE
CASE NO. 2:25-cv-2574-TL

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 2005
202-514-6304

2