The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>*Plaintiffs,*<br>v.<br>U.S. DEPARTMENT OF TRANSPORTATION, et al.,<br>*Defendants.* | Case No. 2:25-cv-02574-TL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR PROPOSED SCHEDULE<br><br>NOTE ON MOTION CALENDAR: October 5, 2026 |

The Court, having fully considered the Parties' Stipulated Motion for Proposed Schedule, HEREBY ORDERS that the Motion is GRANTED. The Court SETS the following schedule:

| | |
|---|---|
| Deadline for Defendant to file and certify a supplement to the AR and, if applicable, provide Plaintiffs with a privilege log | October 30, 2026 |
| Deadline for Plaintiffs to file motions for partial summary judgment on Administrative Procedure Act claims | December 4, 2026 |
| Deadline for Defendants to file opposition to Plaintiffs' motions and cross-motion for partial summary judgment | January 8, 2027 |
| Deadline for Plaintiffs to file oppositions to Defendants' cross-motion and replies in support of Plaintiffs' motions | February 8, 2027 |



*Sierra Club Environmental Law Program*
*2101 Webster Street, Ste. 1300*
*Oakland, CA 94612*
*(510) 221-6342*

| | |
|---|---|
| Deadline for Defendants to file reply in support of Defendants' cross-motion | March 1, 2027 |

State Plaintiffs and NGO Plaintiffs shall be entitled to up to 8,400 words each on their motions for partial summary judgment and 8,400 words each on their oppositions to Defendants' cross-motion and replies in support of Plaintiffs' motions. Defendants shall be entitled to up to 8,400 words on their opposition to Plaintiffs' motions and cross-motion for partial summary judgment and 4,200 words on their reply in support of Defendants' cross-motion. Defendants reserve all rights to seek leave to file an opposition or reply that is longer than the word limitations listed above, if necessary.

To the extent there are unresolved claims following the Court's ruling on the cross-motions for partial summary judgment on APA claims, the Parties shall meet and confer, and within 30 days of the Court's ruling, propose to the Court dates for the Fed. R. Civ. P. 26(f) conference, initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and joint status report and discovery plan pursuant to Fed. R. Civ. P. 26(f).

DATED this 5th day of October 2026

THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

**ROB BONTA**
Attorney General for the State of California

By: s/ *Theodore A. McCombs*
THEODORE A. MCCOMBS, Cal. SBN 316243
Deputy Attorney General
ROBERT SWANSON, Cal. SBN 295159
Supervising Deputy Attorney General
ELIZABETH RUMSEY, Cal. SBN 257908
Deputy Attorney General
(619) 738-9003
theodore.mccombs@doj.ca.gov
robert.swanson@doj.ca.gov
liz.rumsey@doj.ca.gov
*Attorneys for the State of California*

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: s/ *Caitlin M. Soden*
CAITLIN M. SODEN, WSBA #55457
LEAH A. BROWN, WSBA #45803
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
*Attorneys for the State of Washington*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: s/ *Lauren Watford*
LAUREN WATFORD, SBA #037346
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Lauren.Watford@azag.gov
*Attorneys for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: s/ *Sarah H. Weiss*
CARRIE NOTEBOOM, CBA #52910
Assistant Deputy Attorney General
SARAH H. WEISS, CBA #61914
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
carrie.noteboom@coag.gov
sarah.weiss@coag.gov
*Attorneys for the State of Colorado*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: s/ *Vanessa L. Kassab*
IAN R. LISTON, DSBA #5507
Director of Impact Litigation
RALPH K. DURSTEIN III, DSBA #0912
VANESSA L. KASSAB, DSBA #5612
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

By: s/ *Lauren Cullum*
LAUREN CULLUM
Special Assistant Attorney General
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
lauren.cullum@dc.gov
*Attorneys for the District of Columbia*

**KWAME RAOUL**
Attorney General of the State of Illinois

By: s/ *Katharine Roller*
KATHARINE ROLLER
Complex Litigation Counsel
R. HENRY WEAVER
Assistant Attorney General
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 519-1842
katharine.roller@ilag.gov
*Attorneys for the State of Illinois*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: s/ *Steven J. Goldstein*
STEVEN J. GOLDSTEIN, MSBA #1612130206
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us
*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts
By: s/ *Vanessa A. Arslanian*
VANESSA A. ARSLANIAN
State Trial Counsel
JULIA JONAS-DAY
Assistant Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
julia.jonas-day@mass.gov
*Attorneys for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of the State of Michigan

By: s/ *Daniel Ping*
DANIEL PING
NEIL GIOVANATTI
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov
*Attorneys for the State of Michigan*

**JENNIFER DAVENPORT**
Acting Attorney General of the State of New Jersey

By: s/ *Nell Hryshko*
Nell Hryshko
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
(609) 376-2740
nell.hryshko@law.njoag.gov
*Attorneys for the State of New Jersey*

**LETITIA JAMES**
Attorney General of the State of New York

By: s/ *Kyle Burns*
KYLE BURNS, NY Atty. Reg. #5589940
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8451
Kyle.Burns@ag.ny.gov
*Attorneys for the State of New York*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: s/ *Patrick Rowe*
PATRICK ROWE, OSB #072122
Senior Assistant Attorney General
100 SW Market Street
Portland, Oregon 97201
(971) 600-8959
Patrick.G.Rowe@doj.oregon.gov
*Attorneys for the State of Oregon*

**JENNIFER C. SELBER**
General Counsel

By: s/ *Jacob B. Boyer*
JACOB B. BOYER
Deputy General Counsel
Office of General Counsel
30 North Street, Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov
*Attorneys for Governor Josh Shapiro of Pennsylvania*

**PETER F. NERONHA**
Attorney General of the State of Rhode Island

By: /s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ, RIBA # 9501
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov
*Attorneys for State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of the State of Vermont

By: s/ *Jonthan T. Rose*
JONATHAN T. ROSE
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov
*Attorneys for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin
By: s/ *Frances Reynolds Colbert*
FRANCES REYNOLDS COLBERT,
Wis. State Bar #1050435
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov
*Attorneys for the State of Wisconsin*

*s/ Jan E. Hasselman*
*s/ Marvin Brown IV*

JAN E. HASSELMAN, WSBA #29017
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 343-7340
jhasselman@earthjustice.org
MARVIN C. BROWN IV*
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
Tel: (202) 794-5355
mcbrown@earthjustice.org

*Counsel for Plaintiffs Climate Solutions and Sierra Club*

s/ Jennifer A. Sorenson

JENNIFER A. SORENSON, WSBA #60084
P.O. Box 31936
Seattle, WA 98103
Tel: (415) 361-9495
jen.sorenson@gmail.com

*Counsel for Plaintiff Natural Resources Defense Council*

s/ Joshua Stebbins
s/ Zachary Fabish
s/ Joya Manjur

JOSHUA STEBBINS*
ZACHARY M. FABISH*
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 417-717
Tel: (650) 388-8446
josh.stebbins@sierraclub.org
zachary.fabish@sierraclub.org

JOYA MANJUR*
Sierra Club
2101 Webster St. #1300
Oakland, CA 94612
joya.manjur@sierraclub.org
Tel: (510) 221-6342

*Counsel for Plaintiff Sierra Club*

s/ Shampa Panda-Bryant
s/ Thomas Zimpleman

SHAMPA PANDA-BRYANT*
THOMAS ZIMPLEMAN*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel: (202) 836-9333
Tel: (202) 289-6868
spanda-bryant@nrdc.org
tzimpleman@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

*Admitted Pro Hac Vice

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Joshua N. Schopf
JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*